| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy           4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Eveready Services, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **75-2825414** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**310 W. Mockingbird Lane**<br>**Dallas, TX 75247-6612**<br>Number, Street, City, State & ZIP Code<br><br>**Dallas**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Eveready Services, Inc.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Eveready Services, Inc.**     Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:* |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |     Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | |      Contact name _____ |
| | |      Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>■ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Eveready Services, Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 23, 2020**
MM / DD / YYYY

X **/s/ Allan Hayslip**                                    **Allan Hayslip**
Signature of authorized representative of debtor            Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**                                  Date **January 23, 2020**
Signature of attorney for debtor                            MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone **972-991-5591**     Email address **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Eveready Services, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **ATMOS ENERGY** PO Box 650205 Dallas, TX 75265-0205 | | | | | | $1,293.58 |
| **Bank of America Business Card** PO Box 15710 Wilmington, DE 19886-5710 | | | | | | $19,628.28 |
| **BANKDIRECT CAPITAL FINANCE** 150 North Field Drive, Ste. 190 Lake Forest, IL 60045 | | | | | | $3,463.40 |
| **Chase Business** P.O. Box 659732 San Antonio, TX 78265 | | | | | | $29,798.64 |
| **Chase Ink** PO Box 94014 Palatine, IL 60094 | | | | | | $20,738.63 |
| **CITIBUSINESS AADVANTAGE CARD** PO BOX 78045 PHOENIX, AZ 85062-8045 | | | | | | $17,364.32 |
| **CITIBUSINESS PLATINUM SELECT VISA** P.O. Box 6500 Sioux Falls, SD 57117 | | | | | | $11,806.61 |

Debtor **Eveready Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DALLAS COUNTY TAX OFFICE<br>JOHN R AMES, CTA<br>PO BOX 139066<br>DALLAS, TX 75313-9066 | | | | | | $6,559.97 |
| GIJV TX 1, LLC<br>2 POST ROAD WEST<br>Westport, CT 06880 | | | | | | $19,862.37 |
| Hanover Insurance Co.<br>P.O. Box 580045<br>Charlotte, NC 28258-0045 | | | | | | $1,656.00 |
| Hayslip Design Associates<br>2604 Fairmount Street<br>Dallas, TX 75201 | | | | | | $154,504.62 |
| Hayslip, Victor Allan<br>3809 Parry Ave, Apt 301<br>Dallas, TX 75226 | | | | | | $65,797.25 |
| Internal Revenue Service<br>1100 Commerce St., 5024 DAL<br>Dallas, TX 75242 | | 941 Penalties and interest 2012-2016 | | | | $598,677.19 |
| Internal Revenue Service<br>1100 Commerce St., 5024 DAL<br>Dallas, TX 75242 | | 941 liabilities | | | | $551,932.63 |
| Service Lloyds Insurance Company<br>6907 Capital of Texas Highway Suite 290<br>Austin, TX 78731-1795 | | | | | | $1,109.00 |
| SHELL SMALL BUSINESS FLEET CARD<br>WEX BANK<br>PO BOX 6293<br>CAROL STREAM, IL 60197-6293 | | | | | | $4,513.26 |
| SHERRY HAYSLIP SMITH<br>2604 Fairmont St<br>Dallas, TX 75201 | | | | | | $120,895.16 |

Debtor  **Eveready Services, Inc.**                                              Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Syfer Networks**<br>**PO Box 1184**<br>**Wylie, TX 75098** | | | | | | **$6,741.81** |
| **VICTORY PACKAGING**<br>**1501 Grand River Rd**<br>**Fort Worth, TX 76155** | | | | | | **$4,429.87** |
| **WC OF TEXAS**<br>**P.O. BOX 742695**<br>**CINCINNATI, OH 45274-2695** | | | | | | **$1,856.84** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Eveready Services, Inc.** §   Case No.:
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **January 23, 2020**    **/s/ Allan Hayslip**
**Allan Hayslip**/**President**
Signer/Title

Date: **January 23, 2020**    **/s/ Eric A. Liepins**
Signature of Attorney
**Eric A. Liepins**
**Eric A. Liepins**
**12770 Coit Road**
**Suite 100**
**Dallas, TX 75251**
**972-991-5591   Fax: 972-991-5788**

**75-2825414**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

```
AT&T U-VERSE
AT&T HEADQUARTERS 208 S. AKARD ST
Dallas, TX 75202


ATMOS ENERGY
PO Box 650205
Dallas, TX 75265-0205


Bank of America Business Card
PO Box 15710
Wilmington, DE 19886-5710


BANKDIRECT CAPITAL FINANCE
150 North Field Drive, Ste. 190
Lake Forest, IL 60045


Brinks Home Security
Dept. CH 8628
Palatine, IL 60055-8628


Chase Business
P.O. Box 659732
San Antonio, TX 78265


CHASE BUSINESS REVOLVING CREDIT
PO Box 94014
Chicago, IL 60680-6026


Chase Ink
PO Box 94014
Palatine, IL 60094


CITIBUSINESS AADVANTAGE CARD
PO BOX 78045
PHOENIX, AZ 85062-8045
```

```
CITIBUSINESS PLATINUM SELECT VISA
P.O. Box 6500
Sioux Falls, SD 57117


COURTESY BUILDING SERVICES INC.
2154 W Northwest Hwy
STE 214
Dallas, TX 75220-4220


Courtesy Building Services, Inc.
2154 W. Northwest Highway, Suite 214
Dallas, TX 75220-4220


DALLAS COUNTY TAX OFFICE
JOHN R AMES, CTA
PO BOX 139066
DALLAS, TX 75313-9066


Dave The Printer
2338 Irving Blvd.
Dallas, TX 75207-6002


FedEx
P.O. Box 660481
Dallas, TE 75266-0481


Fleet Clean Systems, Inc.
2251 Sarno Rd.
Melbourne., FL 32935


FW Fleet Clean, LLC.
478 N. Babcock Street
Melbourne., FL 32935


GIJV TX 1, LLC
2 POST ROAD WEST
Westport, CT 06880
```

Hanover Insurance Co.
P.O. Box 580045
Charlotte, NC 28258-0045

Hayslip Design Associates
2604 Fairmount Street
Dallas, TX 75201

Hayslip, Victor Allan
3809 Parry Ave, Apt 301
Dallas, TX 75226

Humana Insurance Co.
P.O. Box 3024
Milwaukee, WI 53201-3024

Internal Revenue Service
1100 Commerce St., 5024 DAL
Dallas, TX 75242

Internal Revenue Service
1100 Commerce St., 5024 DAL
Dallas, TX 75242

NEW BENEFITS, LTD.
PO Box 803475
Dallas, TE 75380

NTTA
Customer Servcie Center & Administration
5900 West Plano Parkway
Plano, TX 75093

Our Energy
17154 Buttle Creek Rd
Houston, TX 77090

```
PENSKE TRUCK LEASING
PO BOX 802577
CHICAGO, IL 60680-2577


PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250-7887


Protex Service, Inc.
1915 N. Haskell Ave.
Dallas, TX 75204-4298


ReadyRefresh by Nestle
P.O. Box 856680
Louisville, KY 40285-6680


Recycle Revolution LLC
Maria Lott
5731 Buffridge Trail
Dallas, TE 75252


Service Lloyds Insurance
Company
6907 Capital of Texas Highway
Suite 290
Austin, TX 78731-1795


SHELL SMALL BUSINESS FLEET
CARD
WEX BANK
PO BOX 6293
CAROL STREAM, IL 60197-6293


Shelton Mead & Shelton PLLC
800 E. Border Street
Arlington, TE 76010


SHERRY HAYSLIP SMITH
2604 Fairmont St
Dallas, TX 75201
```

```
Syfer Networks
PO Box 1184
Wylie, TX 75098


Texas Fire Extinguisher, Inc.
4825 East Grand Avenue
Dallas, TX 75223-2909


Time Warner Cable
P.O Box 60074
City of Industry, CA 91716-0074


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


VICTORY PACKAGING
1501 Grand River Rd
Fort Worth, TX 76155


WC OF TEXAS
P.O. BOX 742695
CINCINNATI, OH 45274-2695
```

# United States Bankruptcy Court
## Northern District of Texas

In re  **Eveready Services, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Eveready Services, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 23, 2020**  
Date

**/s/ Eric A. Liepins**  
**Eric A. Liepins**  
Signature of Attorney or Litigant  
Counsel for **Eveready Services, Inc.**  
**Eric A. Liepins**  
**12770 Coit Road**  
**Suite 100**  
**Dallas, TX 75251**  
**972-991-5591 Fax:972-991-5788**  
**eric@ealpc.com**