UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   20-30225 |
| EVEREADY SERVICES, INC. | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on <u>24th</u> day of <u>January, 2020</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

ERIC A LIEPINS  
12770 COIT RD, STE 1100  
DALLAS, TX 75251  

US TRUSTEE (DALLAS)  
1100 COMMERCE STREET  
ROOM 976  
DALLAS, TX 75242  

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
2777 N. Stemmons Freeway  
Suite 1000  
DALLAS, TX 75207  
Telephone:  (214) 880-0089  
Facsimile:   (469) 221-5003  
Email:         dallas.bankruptcy@publicans.com  

By: /s/ Elizabeth Weller  
_____  
Elizabeth Weller  
SBN: 00785514 TX