ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| EVEREADY SERVICES, INC | § | Case No. 20-30225 |
| | § | |
| DEBTOR | § | |

**MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS
AND LIABILITIES. SCHEDULES OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES. AND STATEMENTS OF FINANCIAL AFFAIRS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Eveready Services, Inc. ("Debtor"), as Debtor in possession, file this motion for entry of an order for an extension of the Debtor's time to file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (the "Motion"), and respectfully represent as follows:

**I. JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider the Motion creating this contested matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and (O). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The relief requested in the Motion is authorized under 11 U.S.C. § 521 and § 1107(a) and may be

implemented in accordance with Fed.R.Bankr.P. 1007, 9006(c), 9007, and 9014 and Local Bankruptcy Rule 1007.1(a).

## II. BACKGROUND

2. The Debtor filed this cases on January 23, 2020. The Debtors' Schedules and Statement of Financial Affairs were due on February 6, 2020. The Debtor's businesses consists of the ownership of a company that maintains and warehouses furnishing for customers. Due to a mistake by prior employees a large tax liability was not paid and the Debtor was unable to timely repay the tax debt which led to teh bankruptcy filing. Debtor and its counsel need additional time to gather and coordinate all the proper records to accurately prepare the Schedules and Statement of Financial affairs because Debtor's principal has had to undergo emergency surgery and complications from that surgery has resulted in further hospitalization.

3. As of the date of this Motion the Office of the United States Trustee has not appointed an Official Committee of Unsecured Creditors (the "Creditors' Committee").

## III. RELIEF REQUESTED

4. Debtor seeks an extension of the period in which to complete and file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules and Statements") as required by section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

5. Bankruptcy Rule 1007(c) provides for the extension, for cause, of the time for the filing of the Schedules and Statements. In view of the complex financial operations of the Debtor information that must be assembled and compiled, ample cause exists for the requested extension.

6. No trustee or examiner has been appointed in this chapter 11 case. Notice of this Motion as been provided to: (1) the Office of the United States Trustee, (2) the Internal

Revenue Service, (3) the unsecured creditors of Debtor as identified in Debtor's chapter 11 petition, and (4) all parties who have timely filed requests for notice under Bankruptcy Rule 2002. In light of the nature of the relief requested herein, Debtor requests that no other or further notice is required.

## V. CONCLUSION

WHEREFORE, the Debtor respectfully requests that the Court extend the Debtors' time to file their schedules of assets and liabilities, schedules of executory contracts and statements of financial affairs until February 20, 2020 which is approximately thirty (30) days after the Petition Date, and granting such other and further relief as is just and proper.

Respectfully submitted,

\_/s/ Eric Liepins_____
ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
 (972) 991-5591
 (972) 991-5788 - telecopier

PROPOSED ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was sent via United States mail postage pre-paid to all creditors of the estate on this the 5th day of February 2020.

\_/s/ Eric Liepins _____
Eric Liepins