**ERIC A. LIEPINS**
**ERIC A. LIEPINS, P.C.**
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EVERYREADY SERVICES, INC | § | CASE NO. 20-30225-HDH |
| | § | |
| | § | |
| DEBTOR | § | (Chapter 11) |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Commencement of Case and the Proof of Claim form was sent to all creditors of the estate on the 27th day of January 2020.

Respectfully submitted,

ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins
ERIC A. LIEPINS, SBN 12338110

Eveready Services, Inc.
310 W. Mockingbird Lane
Dallas, Texas 75247

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

Internal Revenue Services
1100 Commerce Street
MC 5024DA
Dallas, TX 75242-1081

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101

AT&T U-VERSE
AT&T HEADQUARTERS
208 S. AKARD ST
Dallas, TX 75202

ATMOS ENERGY
PO Box 650205
Dallas, TX 75265-0205

Bank of America Business Card
PO Box 15710
Wilmington, DE 19886-5710

BANKDIRECT CAPITAL FINANCE
150 North Field Drive, Ste. 190
Lake Forest, IL 60045

Brinks Home Security
Dept. CH 8628
Palatine, IL 60055-8628

Chase Business
P.O. Box 659732
San Antonio, TX 78265

CHASE BUSINESS REVOLVING CREDIT
PO Box 94014
Chicago, IL 60680-6026

Chase Ink
PO Box 94014
Palatine, IL 60094

CITIBUSINESS AADVANTAGE CARD
PO BOX 78045
PHOENIX, AZ 85062-8045

CITIBUSINESS PLATINUM SELECT VISA
P.O. Box 6500
Sioux Falls, SD 57117

COURTESY BUILDING SERVICES
2154 W Northwest Hwy
STE 214
Dallas, TX 75220-4220

Courtesy Building Services, Inc.
2154 W. Northwest Highway, Suite 214
Dallas, TX 75220-4220

DALLAS COUNTY TAX OFFICE
JOHN R AMES, CTA
PO BOX 139066
DALLAS, TX 75313-9066

Dave The Printer
2338 Irving Blvd.
Dallas, TX 75207-6002

FedEx
P.O. Box 660481
Dallas, TE 75266-0481

Fleet Clean Systems, Inc.
2251 Sarno Rd.
Melbourne., FL 32935

FW Fleet Clean, LLC.
478 N. Babcock Street
Melbourne., FL 32935

GIJV TX 1, LLC
2 POST ROAD WEST
Westport, CT 06880

Hanover Insurance Co.
P.O. Box 580045
Charlotte, NC 28258-0045

Hayslip Design Associates
2604 Fairmount Street
Dallas, TX 75201

Hayslip, Victor Allan
3809 Parry Ave, Apt 301
Dallas, TX 75226

Humana Insurance Co.
P.O. Box 3024
Milwaukee, WI 53201-3024

NEW BENEFITS, LTD.
PO Box 803475
Dallas, TE 75380

NTTA
Customer Servcie Center & Administration
5900 West Plano Parkway
Plano, TX 75093

Our Energy
17154 Buttle Creek Rd
Houston, TX 77090

PENSKE TRUCK LEASING
PO BOX 802577
CHICAGO, IL 60680-2577

| | | |
|---|---|---|
| **PITNEY BOWES**<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | Protex Service, Inc.<br>1915 N. Haskell Ave.<br>Dallas, TX 75204-4298 | ReadyRefresh by Nestle<br>P.O. Box 856680<br>Louisville, KY 40285-6680 |
| Recycle Revolution LLC<br>Maria Lott<br>5731 Buffridge Trail<br>Dallas, TE 75252 | Service Lloyds Insurance Company<br>6907 Capital of Texas Highway<br>Suite 290<br>Austin, TX 78731-1795 | **SHELL SMALL BUSINESS FLEETCARD**<br>WEX BANK<br>PO BOX 6293<br>CAROL STREAM, IL 60197-6293 |
| Shelton Mead & Shelton PLLC<br>800 E. Border Street<br>Arlington, TE 76010 | **SHERRY HAYSLIP SMITH**<br>2604 Fairmont St<br>Dallas, TX 75201 | Syfer Networks<br>PO Box 1184<br>Wylie, TX 75098 |
| Texas Fire Extinguisher, Inc.<br>4825 East Grand Avenue<br>Dallas, TX 75223-2909 | Time Warner Cable<br>P.O Box 60074<br>City of Industry, CA 91716-0074 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 |
| **VICTORY PACKAGING**<br>1501 Grand River Rd<br>Fort Worth, TX 76155 | **WC OF TEXAS**<br>P.O. BOX 742695<br>CINCINNATI, OH 45274-2695 | |