Exhibit 1.1

## EVEREADY SERVICES
## TRUCK ASSESTS

1. 2004 Mitsubishi Fuso FM260; VIN. JL6DEM1E04K008296; 24' Supreme Van Body; Gym Floor; Wood Slat Walls; Hydraulic Lift Gate; 132,635 Miles  *DISABLED-MOTOR*

2. 2007 Mitsubishi Fuso FM260; VIN. JL6DHM1E07K007029; 24' Supreme Van Body; Gym Floor; Wood Slat Walls; Hydraulic Lift Gate; 212,650 Miles

3. 2004 Mitsubishi Fuso FH-SP; VIN. JL6CCJ1G44K008089; 20' Supreme Van Body; Gym Floor; Wood Slat Walls; Hydraulic Lift Gate; 144,834 Miles  *DISABLED - MOTOR*

4. 2007 Mitsubishi Fuso FM260; VIN. JL6DHM1E97K004212; 24' Supreme Van Body; Gym Floor; Wood Slat Walls; Hydraulic Lift Gate; 265,813 Miles  *DISABLED -TRANS*

5. 2004 Mitsubishi Fuso FH-SP; VIN. JL6CCJ1GO4K000605; 20' Supreme Van Body; Gym Floor; Wood Slat Walls; Hydraulic Lift Gate; 141,623 Miles

6. 2005 Mitsubishi Fuso FM260; VIN. JL6DGM1E05K009749; 24' Supreme Van Body; Gym Floor; Wood Slat Walls; Hydraulic Lift Gate; 214,153 Miles

Exhibit 1.1

| RACK | Supports 2"x 4" x 4' | 28 | Art Storage (Warehouse) | ESI |
|---|---|---|---|---|
| RACK | Upright 8' x 4' | 4 | Art Storage (Warehouse) | ESI |
| RACK | Beams 3"- 4" x 8' | 16 | Art Storage Large | ESI |
| RACK | Decks 1/2" particle board 4x8 | 8 | Art Storage Large | ESI |
| RACK | Panels, steel perforated | 6 | Art Storage Large | ESI |
| RACK | Supports 2"x 4". x 4' | 32 | Art Storage Large | ESI |
| RACK | Upright 8' x 4' | 6 | Art Storage Large | ESI |
| RACK | Beams 3"- 4" x 8' | 128 | Bed/Mattress Rack | ESI |
| RACK | Decks 1/2" particle board 4x8 | 64 | Bed/Mattress Rack | ESI |
| RACK | Supports 2"x 4" x 4' | 512 | Bed/Mattress Rack | ESI |
| RACK | Upright 16' x 4' | 24 | Bed/Mattress Rack | ESI |
| APPL | Freezer, reach-In | 1 | Boxing/Packing Area | ESI |
| APPL | Refrigerator | 1 | Boxing/Packing Area | ESI |
| EQUIP | Scale, old floor scale | 1 | Boxing/Packing Area | ESI |
| FURN | Table, Boxing/Racking | 1 | Boxing/Packing Area | ESI |
| RACK | Beams 3"- 4" x 8' | 4 | Boxing/Packing Area | ESI |
| RACK | Decks 1/2" particle board 4x8 | 2 | Boxing/Packing Area | ESI |
| RACK | Supports 2"x 4" x 4' | 8 | Boxing/Packing Area | ESI |
| RACK | Upright 8' x 4' | 2 | Boxing/Packing Area | ESI |
| EQUIP | Mop bucket w/Mop | 1 | Break Restroom | ESI |
| EQUIP | Waste Bin, Blue round on casters | 1 | Break Restroom | ESI |
| FURN | Table, small side table | 1 | Break Restroom | ESI |
| EQUIP | Waste Bin, black square w/lid | 1 | Break Room | ESI |
| EQUIP | Waste Bin, blue square recycling w/lid | 2 | Break Room | ESI |
| FURN | Table, boat-shaped conference table | 1 | Break Room | ESI |
| FURN | Chair, leather blue | 1 | Delivery Office | ESI |
| I/T | APC UPS | 2 | Delivery Office | ESI |
| I/T | Clock, Atomic | 1 | Delivery Office | ESI |
| I/T | Dell Computer CPU, large/old | 1 | Delivery Office | ESI |
| I/T | Dell Computer CPU, small/new | 1 | Delivery Office | ESI |
| I/T | Dell Monitor, medium/old | 1 | Delivery Office | ESI |
| I/T | Dell Monitor, small/old | 1 | Delivery Office | ESI |
| I/T | Dell Monitor, wide/new | 2 | Delivery Office | ESI |
| I/T | Fire Extinguisher | 3 | Delivery Office | ESI |
| I/T | HP Color LaserJet Printer | 1 | Delivery Office | ESI |
| I/T | Network Switch, Netgear 5-port | 1 | Delivery Office | ESI |
| APPL | Water bottle stand, 6-cap | 1 | Docks 8-9 | ESI |
| EQUIP | Dock Plate | 1 | Docks 8-9 | ESI |
| EQUIP | Dolly, 4-wheel | 1 | Docks 8-9 | ESI |
| EQUIP | Dolly, Blue 4-wheel cart | 1 | Docks 8-9 | ESI |
| EQUIP | Dolly, Plastic work cart | 1 | Docks 8-9 | ESI |
| EQUIP | Dustbin, long-handled large | 1 | Docks 8-9 | ESI |

Exhibit 1.1

| EQUIP | Gondola - corrugated 2' x 2' x 4' (Delivery) | 1 | Docks 8-9 | ESI |
|---|---|---|---|---|
| EQUIP | Noble Floor Scrubber | 1 | Docks 8-9 | ESI |
| EQUIP | Safety Straps, sets | 6 | Docks 8-9 | ESI |
| EQUIP | Waste Bin, Blue round on casters | 1 | Docks 8-9 | ESI |
| SPORT | Basketball Backboard | 1 | Docks 8-9 | ESI |
| FURN | Credenza, traditional wood | 1 | File Room | ESI |
| FURN | File Cabinet, 3-drawer lateral | 1 | File Room | ESI |
| FURN | File Cabinet, 4-drawer lateral | 2 | File Room | ESI |
| FURN | Shelf, Steel wire Metro w/castes (xParravano) | 1 | File Room | ESI |
| FURN | Table, 5' w/Folding legs | 1 | File Room | ESI |
| I/T | Dell Computer CPU, large/old | 1 | File Room | ESI |
| I/T | Dell Monitor, medium/old | 1 | File Room | ESI |
| ACCESS | Chair, Black Leather chair | 1 | Kelly's Office | ESI |
| ACCESS | Desk accessory sorter gray | 2 | Kelly's Office | ESI |
| ACCESS | Desk accessory trays, grey | 3 | Kelly's Office | ESI |
| FURN | File Cabinet, locking | 1 | Kelly's Office | ESI |
| FURN | Sofa, blue | 1 | Kelly's Office | ESI |
| I/T | Dell Computer CPU, small/new | 1 | Kelly's Office | ESI |
| I/T | Dell Monitor, 24" | 1 | Kelly's Office | ESI |
| I/T | HP Color LaserJet Printer | 1 | Kelly's Office | ESI |
| I/T | Speakers, 2 flat panels w/sub | 1 | Kelly's Office | ESI |
| I/T | Speakers, Logitech | 1 | Kelly's Office | ESI |
| APPL | Coffee Grinder, Breville | 1 | Kitchen | ESI |
| APPL | Coffee Maker, KitchenAid | 1 | Kitchen | ESI |
| APPL | Microwave, Emerson | 1 | Kitchen | ESI |
| APPL | Microwave, Kenmore | 1 | Kitchen | ESI |
| APPL | Refrigerator | 1 | Kitchen | ESI |
| APPL | Water bottle stand, 4-cap | 1 | Kitchen | ESI |
| APPL | Water Cooler | 1 | Kitchen | ESI |
| EQUIP | Waste Bin, black square w/lid | 1 | Kitchen | ESI |
| FURN | Table, system furniture | 1 | Kitchen | ESI |
| ACCESS | Desk accessory trays, black | 2 | Lobby | ESI |
| ACCESS | Desk accessory trays, grey | 2 | Lobby | ESI |
| EQUIP | Fire Extinguisher | 1 | Lobby | ESI |
| FURN | Printer Table | 1 | Lobby | ESI |
| I/T | APC UPS | 1 | Lobby | ESI |
| I/T | Dell Computer CPU, small/new | 1 | Lobby | ESI |
| I/T | Dell computer speakers, pair | 1 | Lobby | ESI |
| I/T | Dell Monitor, wide/new | 1 | Lobby | ESI |
| I/T | HP Multifunction printer | 1 | Lobby | ESI |
| I/T | Pitney Bowes Postage Meter (Lease) | 1 | Lobby | ESI |
| I/T | VOIP Phone | 1 | Lobby | ESI |

Exhibit 1.1

| I/T | Air Conditioner, APC portable | 1 | Machine Room | ESI |
|-----|-------------------------------|---|--------------|-----|
| I/T | APC UPS | 1 | Machine Room | ESI |
| I/T | APC UPS, Black | 1 | Machine Room | ESI |
| I/T | Dell Monitor, small/old | 2 | Machine Room | ESI |
| I/T | Dell Server | 1 | Machine Room | ESI |
| I/T | Router, Peplink | 1 | Machine Room | ESI |
| I/T | Shelf, Steel Wire Metro w/casters | 1 | Machine Room | ESI |
| I/T | Switch, Netgear POE | 1 | Machine Room | ESI |
| EQUIP | Dolly, Appliance | 2 | North Wall Storage | ESI |
| EQUIP | Dolly, Blue 2-Mattress | 1 | North Wall Storage | ESI |
| EQUIP | Dolly, Orange flat-deck | 1 | North Wall Storage | ESI |
| EQUIP | Dolly, Steel handtruck | 4 | North Wall Storage | ESI |
| EQUIP | Dolly, Wheel Dollies (Jeep) | 4 | North Wall Storage | ESI |
| EQUIP | Ladder, Werner Extension (Aluminum) | 2 | North Wall Storage | ESI |
| EQUIP | Ladders, Werner 10' Fiberglass | 2 | North Wall Storage | ESI |
| EQUIP | Rack, Chandelier | 2 | North Wall Storage | ESI |
| EQUIP | Rack, Clothing/Chandelier | 2 | North Wall Storage | ESI |
| EQUIP | Shelf, Steel wire Metro (Baby Doe) | 5 | North Wall Storage | ESI |
| FURN | Table, 5' w/Folding legs | 2 | North Wall Storage | ESI |
| FURN | Table, 8' w/Folding legs | 2 | North Wall Storage | ESI |
| SPORT | Basketball Backboard | 1 | North Wall Storage | ESI |
| FURN | Bookshelf | 1 | RD's Office | ESI |
| FURN | Chair, wood armchair | 2 | RD's Office | ESI |
| FURN | Credenza, traditional wood | 1 | RD's Office | ESI |
| FURN | Desk, traditional wood | 1 | RD's Office | ESI |
| FURN | Table, black side table | 1 | RD's Office | ESI |
| I/T | Canon Digital Camera | 1 | RD's Office | ESI |
| I/T | Dell Computer CPU, small/new | 1 | RD's Office | ESI |
| I/T | Dell Monitor, wide/new | 1 | RD's Office | ESI |
| I/T | HP Color LaserJet Printer | 1 | RD's Office | ESI |
| RACK | Beams 3"-4" x 8' | 18 | Rehearse/Record | ESI |
| RACK | Decks 1/2" particle board 4x8 | 9 | Rehearse/Record | ESI |
| RACK | Supports 2" x 4" x 4' | 36 | Rehearse/Record | ESI |
| RACK | Upright 8' x 4' | 1 | Rehearse/Record | ESI |
| RACK | Beams 3"- 4" x 8' | 2 | Row 1-2 | ESI |
| RACK | Beams 3"- 4" x 8' | 144 | Row 1-2 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 2 | Row 1-2 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 72 | Row 1-2 | ESI |
| RACK | Supports 2" x 4" x 4' | 8 | Row 1-2 | ESI |
| RACK | Supports 2" x 4" x 4' | 288 | Row 1-2 | ESI |
| RACK | Upright 12' x 4' | 24 | Row 1-2 | ESI |
| RACK | Upright 8' x 4' | 2 | Row 1-2 | ESI |

Exhibit 1.1

| RACK | Beams 3"- 4" x 8' | 144 | Row 11-12 | ESI |
|---|---|---|---|---|
| RACK | Decks 1/2" particle board 4x8 | 72 | Row 11-12 | ESI |
| RACK | Supports 2" x 4" x 4' | 288 | Row 11-12 | ESI |
| RACK | Upright 12' x 4' | 24 | Row 11-12 | ESI |
| RACK | Beams 3"- 4" x 8' | 144 | Row 13-14 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 72 | Row 13-14 | ESI |
| RACK | Supports 2" x 4" x 4' | 288 | Row 13-14 | ESI |
| RACK | Upright 12' x 4' | 24 | Row 13-14 | ESI |
| RACK | Beams 3"- 4" x 8' | 108 | Row 17-18 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 54 | Row 17-18 | ESI |
| RACK | Supports 2" x 4" x 4' | 216 | Row 17-18 | ESI |
| RACK | Upright 12' x 4' | 16 | Row 17-18 | ESI |
| RACK | Beams 3"- 4" x 8' | 108 | Row 19-20 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 54 | Row 19-20 | ESI |
| RACK | Supports 2" x 4" x 4' | 216 | Row 19-20 | ESI |
| RACK | Upright 12' x 4' | 16 | Row 19-20 | ESI |
| EQUIP | Ladder, yellow warehouse ladder | 1 | Row 21-22 | ESI |
| RACK | Beams 3"- 4" x 8' | 40 | Row 21-22 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 16 | Row 21-22 | ESI |
| RACK | Supports 2" x 4" x 4' | 64 | Row 21-22 | ESI |
| RACK | Upright 12' x 4' | 12 | Row 21-22 | ESI |
| RACK | Upright 8' x 4' | 4 | Row 21-22 | ESI |
| RACK | Beams 3"- 4" x 8' | 64 | Row 23-24 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 82 | Row 23-24 | ESI |
| RACK | Supports 2" x 4" x 4' | 128 | Row 23-24 | ESI |
| RACK | Upright 12' x 4' | 12 | Row 23-24 | ESI |
| EQUIP | Dolly, Steel handtruck | 1 | Row 25-26 | ESI |
| EQUIP | Lift Deck, 8' Yellow w/Safety rails | 1 | Row 25-26 | ESI |
| EQUIP | Lift, Raymond Order Picker | 1 | Row 25-26 | ESI |
| RACK | Beams 3"- 4" x 8' | 84 | Row 25-26 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 42 | Row 25-26 | ESI |
| RACK | Supports 2" x 4" x 4' | 168 | Row 25-26 | ESI |
| RACK | Upright 12' x 4' | 8 | Row 25-26 | ESI |
| RACK | Beams 3"- 4" x 8' | 84 | Row 27-28 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 42 | Row 27-28 | ESI |
| RACK | Supports 2" x 4" x 4' | 168 | Row 27-28 | ESI |
| RACK | Upright 12' x 4' | 8 | Row 27-28 | ESI |
| EQUIP | Dolly, large 4-wheel furniture | 1 | Row 29-30 | ESI |
| EQUIP | Lift, Raymond Order Picker | 1 | Row 29-30 | ESI |
| RACK | Beams 3"- 4" x 8' | 84 | Row 29-30 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 42 | Row 29-30 | ESI |
| RACK | Supports 2" x 4" x 4' | 168 | Row 29-30 | ESI |

Exhibit 1.1

| RACK | Upright 12' x 4' | 8 | Row 29-30 | ESI |
|------|------------------|----|-----------|-----|
| RACK | Beams 3"-4" x 8' | 2 | Row 3-4 | ESI |
| RACK | Beams 3"-4" x 8' | 144 | Row 3-4 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 2 | Row 3-4 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 72 | Row 3-4 | ESI |
| RACK | Supports 2"x 4" x 4' | 8 | Row 3-4 | ESI |
| RACK | Supports 2"x 4" x 4' | 288 | Row 3-4 | ESI |
| RACK | Upright 12' x 4' | 24 | Row 3-4 | ESI |
| RACK | Upright 8' x 4' | 2 | Row 3-4 | ESI |
| EQUIP | Table, 6' Folding top & folding legs | 1 | Row 31-32 | ESI |
| RACK | Beams 3"-4" x 8' | 84 | Row 31-32 | ESI |
| RACK | Beams 3"-4" x 8' | 4 | Row 31-32 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 42 | Row 31-32 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 2 | Row 31-32 | ESI |
| RACK | Supports 2"x 4" x 4' | 168 | Row 31-32 | ESI |
| RACK | Supports 2"x 4" x 4' | 8 | Row 31-32 | ESI |
| RACK | Upright 12' x 4' | 8 | Row 31-32 | ESI |
| RACK | Upright 8' x 4' | 2 | Row 31-32 | ESI |
| RACK | Beams 3"-4" x 8' | 2 | Row 5-6 | ESI |
| RACK | Beams 3"-4" x 8' | 144 | Row 5-6 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 2 | Row 5-6 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 72 | Row 5-6 | ESI |
| RACK | Supports 2"x 4" x 4' | 8 | Row 5-6 | ESI |
| RACK | Supports 2"x 4" x 4' | 288 | Row 5-6 | ESI |
| RACK | Upright 12' x 4' | 24 | Row 5-6 | ESI |
| RACK | Upright 8' x 4' | 2 | Row 5-6 | ESI |
| RACK | Beams 3"-4" x 8' | 144 | Row 7-8 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 72 | Row 7-8 | ESI |
| RACK | Supports 2"x 4" x 4' | 288 | Row 7-8 | ESI |
| RACK | Upright 12' x 4' | 24 | Row 7-8 | ESI |
| RACK | Beams 3"-4" x 8' | 144 | Row 9-10 | ESI |
| RACK | Decks 1/2" particle board 4x8 | 72 | Row 9-10 | ESI |
| RACK | Supports 2"x 4" x 4' | 288 | Row 9-10 | ESI |
| RACK | Upright 12' x 4' | 24 | Row 9-10 | ESI |
| RACK | Beams 3"-4" x 8' | 48 | Rug A | ESI |
| RACK | Decks 1/2" particle board 4x8 | 24 | Rug A | ESI |
| RACK | Supports 2"x 4" x 4' | 96 | Rug A | ESI |
| RACK | Upright 12' x 4' | 6 | Rug A | ESI |
| RACK | Beams 3"-4" x 8' | 48 | Rug B | ESI |
| RACK | Decks 1/2" particle board 4x8 | 24 | Rug B | ESI |
| RACK | Supports 2"x 4" x 4' | 96 | Rug B | ESI |
| RACK | Upright 12' x 4' | 6 | Rug B | ESI |

Exhibit 1.1

| EQUIP | Floor Squeegies | 5 | South Wall Storage | ESI |
|-------|-----------------|---|--------------------|-----|
| EQUIP | Ladder, Extension (Aluminum) | 1 | South Wall Storage | ESI |
| EQUIP | Ladder, Werner 12' Fiberglass | 1 | South Wall Storage | ESI |
| EQUIP | Ladder, Werner 8' Fiberglass | 1 | South Wall Storage | ESI |
| EQUIP | Ladder, Wood 12' | 1 | South Wall Storage | ESI |
| EQUIP | Ladders, Werner 10' Fiberglass | 1 | South Wall Storage | ESI |
| RACK | Beams 3"- 4" x 8' | 50 | South Wall Storage | ESI |
| RACK | Beams 3"- 4" x 8' (extra) | 132 | South Wall Storage | ESI |
| RACK | Decks 1/2" particle board 4x8 | 23 | South Wall Storage | ESI |
| RACK | Upright 8' x 4' | 27 | South Wall Storage | ESI |
| EQUIP | Dolly, Raymond Pallet Jack | 2 | Staging | ESI |
| EQUIP | Lift Charger | 2 | Staging | ESI |
| EQUIP | Lift Deck, 8' Black w/Safety rails | 1 | Staging | ESI |
| EQUIP | Dolly, 2 large 4-wheel furniture | 2 | Supply Area | ESI |
| EQUIP | Dolly, Carpeted Art Cart | 1 | Supply Area | ESI |
| EQUIP | Dolly, small Milwaukee 4-wheel dolly | 1 | Supply Area | ESI |
| EQUIP | Ladder, 6' Aluminum | 1 | Supply Area | ESI |
| EQUIP | Ladder, Gorilla | 1 | Supply Area | ESI |
| EQUIP | Mover's straps, pair | 1 | Supply Area | ESI |
| EQUIP | Parts Bins w/Shelves | 2 | Supply Area | ESI |
| EQUIP | Shop-Vac, Rigid | 1 | Supply Area | ESI |
| EQUIP | Water coolers, portable | 4 | Supply Area | ESI |
| FURN | Table, 5' w/Folding legs | 2 | Supply Area | ESI |
| FURN | Table, 6' Folding top & folding legs | 2 | Supply Area | ESI |
| FURN | Table, 6' Folding w/folding legs | 1 | Supply Area | ESI |
| FURN | Table, 6' w/folding legs (white top) | 1 | Supply Area | ESI |
| FURN | Table, 8' w/Folding legs | 1 | Supply Area | ESI |
| RACK | Beams 3"- 4" x 8' | 26 | Supply Area | ESI |
| RACK | Decks 1/2" particle board 4x8 | 13 | Supply Area | ESI |
| RACK | Dolly, Blue 4-wheel cart | 1 | Supply Area | ESI |
| RACK | Dolly, Heavy-duty panel | 1 | Supply Area | ESI |
| RACK | Gondola - corrugated 2' x 2' x 4' (Delivery) | 2 | Supply Area | ESI |
| RACK | Upright 8' x 4' | 11 | Supply Area | ESI |
| APPL | Heater, heated fans | 2 | Warehouse Office | ESI |
| APPL | Water Cooler | 1 | Warehouse Office | ESI |
| FURN | Chair, misc desk chairs | 2 | Warehouse Office | ESI |
| FURN | Chair, steel stacking side chairs | 2 | Warehouse Office | ESI |
| FURN | Desk, long black laminate | 2 | Warehouse Office | ESI |
| FURN | File Cabinet, black lateral | 1 | Warehouse Office | ESI |
| I/T | Brother MFC laser printer | 1 | Warehouse Office | ESI |
| I/T | Dell Computer CPU, large/old | 1 | Warehouse Office | ESI |
| I/T | Primera Label Printer | 1 | Warehouse Office | ESI |

Exhibit 1.1

| A/V | DVD Player, Panasonic | 1 | Break Room | ?ES |
|-----|----------------------|---|-----------|-----|
| RACK | Gondola - corrugated 2' x 1' x 4' | ? | Bed/Mattress Rack | ?ESI |
| ART | Mirror, framed | 1 | Delivery Office | ?ESI |
| EQUIP | Ladder, Kozelsky Aluminum | 1 | South Wall Storage | ?ESI |

| FURN | Chair, Herman Miller Aeron | 1 | Allan's Office | ESI |
|------|---------------------------|---|---------------|-----|
| FURN | Mat, floor chair mat | 1 | Allan's Office | ESI |
| EQUIP | Gondola - corrugated 2' x 2' x 4' | 4 | Art Room | ESI |
| RACK | Beams 3"-4" x 8' | 16 | Art Room | ESI |
| RACK | Decks 1/2" particle board 4x8 | 8 | Art Room | ESI |
| RACK | Supports 2" x 4" x 4' | 32 | Art Room | ESI |
| RACK | Upright 8' x 4' | 6 | Art Room | ESI |
| RACK | Beams 3"-4" x 8' | 14 | Art Storage (Warehouse) | ESI |
| RACK | Decks 1/2" particle board 4x8 | 7 | Art Storage (Warehouse) | ESI |

Exhibit 1.1

| I/T | Primera Label Printer | 1 | Warehouse Office | ESI |
|-----|----------------------|---|------------------|-----|
| I/T | Switch, Netgear 5-port | 1 | Warehouse Office | ESI |
| FURN | Table, small draped | 1 | Women's Restroom | ESI |