*attach to Back*
*- proof of PR tax deposits.*

**Monthly Operating Report**
CASH BASIS

CASE NAME: *EVERREADY SERVICES, INC. DEBTOR*

CASE NUMBER: *20-30225-HDH11*

JUDGE:

## UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

## REGION 6

## MONTHLY OPERATING REPORT

MONTH ENDING: _1/23 – 2/29_   *Due 3/20*
           MONTH    YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER
PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT
(CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND,
TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.
DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL
INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____    PRESIDENT
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY        TITLE

V. ALLAN HAYSLIP            2020/03/19
_____    _____
PRINTED NAME OF RESPONSIBLE PARTY        DATE


PREPARER:

_____    PRESIDENT
ORIGINAL SIGNATURE OF PREPARER        TITLE

V. ALLAN HAYSLIP            2020/03/19
_____    _____
PRINTED NAME OF PREPARER        DATE

**Monthly Operating Report**
**CASH BASIS-1**

CASE NAME: EVEREADY SERVICES, INC. DEBTOR

CASE NUMBER: 20-30225-HDH11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| | 01/23-02/29 | | | |
| 1. CASH - BEGINNING OF MONTH | 7744.75 | | | |
| **RECEIPTS** | | | | |
| 2. CASH SALES | 0.00 | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | *illegible* | *illegible* 27.29 | 142616.61 | |
| 4. LOANS AND ADVANCES | 0.00 | | | |
| 5. SALE OF ASSETS | 0.00 | | | |
| 6. LEASE & RENTAL INCOME | 0.00 | | | |
| 7. WAGES | 0.00 | | | |
| 8. OTHER (ATTACH LIST) | 0.00 | | | |
| 9. TOTAL RECEIPTS | 142,616.61 | | | |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | 90,324.56 | 90,324.56 | | |
| 11. PAYROLL TAXES PAID | 21,099.16 | | | |
| 12. SALES,USE & OTHER TAXES PAID | 171.27 | | | |
| 13. INVENTORY PURCHASES | 1994.17 | | | |
| 14. MORTAGE PAYMENTS | 0.00 | | | |
| 15. OTHER SECURED NOTE PAYMENTS | 0.00 | | | |
| 16. RENTAL & LEASE PAYMENTS | 10862.37 | | | |
| 17. UTILITIES | 5397.53 | | | |
| 18. INSURANCE | 6045.40 | | | |
| 19. VEHICLE EXPENSES | 2084.42 | | | |
| 20. TRAVEL | 0.00 | 379.32 | | |
| 21. ENTERTAINMENT | 0.00 | | | |
| 22. REPAIRS & MAINTENANCE | 7654.60 | | | |
| 23. SUPPLIES | 1078.25 | | | |
| 24. ADVERTISING | 0.00 | | | |
| 25. HOUSEHOLD EXPENSES | 0.00 | | | |
| 26. CHARITABLE CONTRIBUTIONS | 0.00 | | | |
| 27. GIFTS | 0.00 | | | |
| 28. OTHER (ATTACH LIST) | 24,525.29 | | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | 152,053.23 | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | 0.00 | | | |
| 31. U.S. TRUSTEE FEES | 0.00 | | | |
| 32. OTHER (ATTACH LIST) | 0.00 | | | |
| 33. TOTAL REORGANIZATION EXPENSES | 0.00 | | | |
| 34. TOTAL DISBURSEMENTS | 152053.23 | | | |
| 35. NET CASH FLOW | -11430.79 | | | |
| 36. CASH - END OF MONTH | 9393.10 | | | |

MONTHLY OPERATING REPORT
ADDENDUM
TO #1

CASE NAME: EVEREADY SERVICES, INC. DEBTOR
CASE NUMBER: 20.30225-HDH11

#26 OTHER EXPENSES   01/23 to 02/29/20

| | |
|---|---|
| BANK SERVICE CHARGES: | $301.50 |
| MERCHANT SERVICE CHARGES: | $2986.69 |
| HEALTH INSURANCE: | $3672.24 |
| INTEREST EXPENSE | $981.89 |
| INTERNET SERVICE: | $544.14 |
| IT SERVICES | $1963.57 |
| POSTAGE | $266.00 |
| RECRUITING | $342.08 |
| SECURITY EXPENSE | $79.63 |
| SUBCONTRACT WORKERS | $13,186.08 |
| TAXES | $171.27 |
| PHONE SERVICES | $462.49 |

$24,525.28

# Monthly Operating Report
## CASH BASIS-1A

**CASE NAME:** *EVEREADY SERVICES INC. -DEBTOR*

**CASE NUMBER:** *20-30225-HDH 11*

**CASH DISBURSEMENTS DETAIL**

**MONTH:** *2020/01/23 2020/02/29*

### CASH DISBURSEMENTS

|  | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **TOTAL CASH DISBURSEMENTS** |  |  | *0* |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | *SEE ATTACHED* |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | **TOTAL BANK ACCOUNT DISBURSEMENTS** |  | *73,421.33* |

**TOTAL DISBURSEMENTS FOR THE MONTH** | *73,421.33*

**Monthly Operating Report**
**CASH BASIS-2**

CASE NAME: EVEREADY SERVICES INC. DEBTOR

CASE NUMBER: 20-30225-HDH 11

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | |
|---|---|---|---|---|
| A.  BANK: | PLAINS CAP | PLAINS CAP | CHASE | TOTAL |
| B.  ACCOUNT NUMBER: | 3100029606 | 3100047046 | 636001485465 | |
| C.  PURPOSE (TYPE): | DIP Acct | | | |
| 1.  BALANCE PER BANK STATEMENT | 16754.29 | 520.53 | 0.53 | 17,275.35 |
| 2.  ADD:  TOTAL DEPOSITS NOT CREDITED | 96791.53 | 1350.00 | 0 | 98,141.53 |
| 3.  SUBTRACT:  OUTSTANDING CHECKS | 122424.86 | 0 | 0 | 122424.86 |
| 4.  OTHER RECONCILING ITEMS | .01 | 0 | 0 | .01 |
| 5.  MONTH END BALANCE PER BOOKS | 18848.77 | 1870.53 | .53 | |
| 6.  NUMBER OF LAST CHECK WRITTEN | 25283 | N/A | 2998 | -16977.71 |

1870.53

| INVESTMENT ACCOUNTS N/A | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.  TOTAL INVESTMENTS | | | | |

| CASH | | | | |
|---|---|---|---|---|
| 12.  CURRENCY ON HAND | | | | 0 |

| 13.  TOTAL CASH - END OF MONTH | | | | -16977.71 |

10:20 PM

03/19/20

Accrual Basis

**Eveready Services, Inc. - Debtor - Case 20-30225-HDH11**
## Bank Account Disbursements
January 23 through February 29, 2020

| Num | Type | Date | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| **Jan 23 - Feb 29, 20** | | | | | | |
| | Check | 02/29/2020 | PlainsCapital Bank [vendor] | overdraft fee | Trip Checking (... | -5.00 |
| | Check | 02/29/2020 | PlainsCapital Bank [vendor] | Service Charge | Trip Checking (... | -10.00 |
| CCADJ | Check | 02/29/2020 | Innovative Merchant Solutions (IN... | Batch Fee ID=-2888601925 | PCB Checking (... | 0.00 |
| 25180 | Check | 02/28/2020 | Mendoza {emp}, Fabian | Installation hardware from Elliotts | PCB Checking (... | -31.67 |
| 25181 | Check | 02/28/2020 | Foster, Will C | Employee breakfast from McDonalds | PCB Checking (... | -26.67 |
| 25182 | Check | 02/28/2020 | Luis Guevara | CONTRACT: 40hrs@$13.50/hr, 9:15hrs@$2... | PCB Checking (... | -727.31 |
| 25183 | Check | 02/28/2020 | Sergio Perez | CONTRACT: 39:30hrs@$14/hr (02/15/20 - 0... | PCB Checking (... | -553.00 |
| 25184 | Check | 02/28/2020 | Victor Lucas | CONTRACT: 39:25hrs@$12/hr (02/15/20 - 0... | PCB Checking (... | -473.00 |
| 25185 | Check | 02/28/2020 | Pablo Fierros | CONTRACT: 40hrs@$12/hr, 2hrs@$18/hr O... | PCB Checking (... | -516.00 |
| | Check | 02/28/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -16.28 |
| | Check | 02/28/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -18.27 |
| | Check | 02/28/2020 | PlainsCapital Bank [vendor] | misc transactions fee | PCB Checking (... | -22.50 |
| | Check | 02/28/2020 | PlainsCapital Bank [vendor] | return mail fee ? | PCB Checking (... | -5.00 |
| | Check | 02/28/2020 | Big D Travel Center | scales, log books TBD | Trip Checking (... | -38.95 |
| | Check | 02/28/2020 | Shell | Fuel TBD | Trip Checking (... | -50.00 |
| | Check | 02/27/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -34.00 |
| | Check | 02/25/2020 | Home Depot | Installation supplies | Trip Checking (... | -25.85 |
| | Check | 02/25/2020 | Shell | Fuel TBD | Trip Checking (... | -99.00 |
| | Check | 02/24/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -298.51 |
| | Check | 02/24/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -61.31 |
| 25164 | Bill Pmt -Check | 02/24/2020 | Sara Lucia Botello | Ink stain removal from Hancock & Moore recli... | PCB Checking (... | -100.00 |
| | Check | 02/24/2020 | Shell | Fuel TBD | Trip Checking (... | -35.00 |
| | Check | 02/24/2020 | Home Depot | Installation supplies | Trip Checking (... | -55.08 |
| | Check | 02/24/2020 | Shell | Fuel TBD | Trip Checking (... | -99.00 |
| 25157 | Bill Pmt -Check | 02/21/2020 | AT&T U-Verse | VOID: 116800492-4 | PCB Checking (... | 0.00 |
| 25158 | Bill Pmt -Check | 02/21/2020 | FW Fleet Clean Systems, Inc. | VOID: tax id 83-2309307 | PCB Checking (... | 0.00 |
| 25152 | Check | 02/21/2020 | Badger {emp}, Kelly R. | REIMBURSE: Breakfast tacos from Fuzzy's (... | PCB Checking (... | -129.67 |
| 25153 | Check | 02/21/2020 | Victor Lucas | CONTRACT: 40hrs@$12/hr, 11:45hrs@$18/... | PCB Checking (... | -691.25 |
| 25154 | Check | 02/21/2020 | Sergio Perez | CONTRACT: 36:15hrs@$14/hr (02/08/20 - 0... | PCB Checking (... | -507.50 |
| 25155 | Check | 02/21/2020 | Pablo Fierros | CONTRACT: 40hrs@$12/hr, 7:30hrs@$18/hr... | PCB Checking (... | -615.00 |
| 25156 | Check | 02/21/2020 | Luis Guevara | CONTRACT: 40hrs@$13.50/hr, 5:55hrs@$2... | PCB Checking (... | -659.81 |
| 25159 | Bill Pmt -Check | 02/21/2020 | New York Life | VOID: 310 W. Mockingbird - #XXXXXX FEB ... | PCB Checking (... | 0.00 |
| 25160 | Liability Check | 02/21/2020 | Attorney General | VOID: Case #0013681794 - CG - thru 2020/0... | PCB Checking (... | 0.00 |
| 25159 | Liability Check | 02/21/2020 | Attorney General | Case #0013681794 - CG - thru 2020/02/21 | PCB Checking (... | -52.38 |
| 25160 | Bill Pmt -Check | 02/21/2020 | AT&T U-Verse | 116800492-4 | PCB Checking (... | -87.12 |
| 25161 | Bill Pmt -Check | 02/21/2020 | FW Fleet Clean Systems, Inc. | tax id 83-2309307 | PCB Checking (... | -214.62 |
| 25163 | Liability Check | 02/21/2020 | Attorney General | Case #0013681794 - CG - thru 2020/02/14 | PCB Checking (... | -52.38 |
| | Check | 02/21/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -17.41 |
| | Check | 02/21/2020 | RaceTrac | Fuel TBD | Trip Checking (... | -17.41 |
| | Check | 02/21/2020 | RaceTrac | Fuel TBD | Trip Checking (... | -85.01 |
| | Check | 02/20/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -8.89 |
| | Check | 02/20/2020 | Elliot's Hardware | installation supplies | Trip Checking (... | -11.88 |
| | Check | 02/18/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -122.31 |
| | Check | 02/18/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -56.55 |
| XFR | Check | 02/18/2020 | Eveready Services, Inc. | XFR to Trip Cash for daily fuel needs etc #31... | PCB Checking (... | -600.00 |
| XFR | Check | 02/18/2020 | Eveready Services, Inc. | XFR to Trip Cash for daily fuel needs etc #31... | Trip Checking (... | 600.00 |
| | Check | 02/18/2020 | Shell | Fuel TBD | Trip Checking (... | -30.01 |
| | Check | 02/18/2020 | Shell | Fuel TBD | Trip Checking (... | -85.56 |

Page 1

**10:20 PM**

**03/19/20**

**Accrual Basis**

## Eveready Services, Inc. - Debtor - Case 20-30225-HDH11
## Bank Account Disbursements
### January 23 through February 29, 2020

| Num | Type | Date | Name | Memo | Account | Amount |
|-----|------|------|------|------|---------|--------|
| 25111 | Check | 02/14/2020 | Pablo Fierros | CONTRACT: 40hrs@$12/hr, 6:25hrs@$18/hr... | PCB Checking (... | -595.50 |
| 25112 | Check | 02/14/2020 | Sergio Perez | CONTRACT: 40hrs@$14/hr, :20hrs@$21/hr (... | PCB Checking (... | -567.00 |
| 25113 | Check | 02/14/2020 | Victor Lucas | CONTRACT: 40hrs@$12hr, 8:20hrs@$18/hr ... | PCB Checking (... | -630.00 |
| 25114 | Check | 02/14/2020 | Luis Guevara | CONTRACT: 40hrs@$13.50/hr, 7:45hrs@$2... | PCB Checking (... | -696.94 |
| 25115 | Check | 02/14/2020 | Gonzalez {emp}, Christian | Fuel for truck (QT Sunnyvale) | PCB Checking (... | -29.49 |
| 25116 | Check | 02/14/2020 | Will Foster | REIMBURSE Fuel for truck 749 (Shell in Min... | PCB Checking (... | -20.00 |
| 25117 | Check | 02/14/2020 | Adrian Hernandez | REIMBURSE: 24hrs@$12/hr (02/01/20 - 02/0... | PCB Checking (... | -288.00 |
| 25118 | Check | 02/14/2020 | Badger {emp}, Kelly R. | REIMBUSE: sausage rolls, donuts, fresh fruit ... | PCB Checking (... | -67.13 |
| 25135 | Bill Pmt -Check | 02/14/2020 | Cervantes, Isaac | Cost to repair 2 damaged nightstands, 1 brok... | PCB Checking (... | -575.00 |
| 25097 | Check | 02/14/2020 | Eveready Services, Inc. | RECURRING TRANSACTION | PCB Checking (... | -1.00 |
| 25097 | Check | 02/14/2020 | Eveready Services, Inc. | principal + interest | Trip Checking (... | 1.00 |
|  | Check | 02/14/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -33.48 |
|  | Check | 02/14/2020 | RaceTrac | Fuel TBD | Trip Checking (... | -46.00 |
| 25106 | Bill Pmt -Check | 02/13/2020 | Cervantes, Isaac | Cost to repair (2) Palecek Amalfi lounge chair... | PCB Checking (... | -150.00 |
|  | Check | 02/13/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -59.00 |
|  | Check | 02/13/2020 | Shell | Fuel TBD | Trip Checking (... | -47.00 |
|  | Check | 02/13/2020 | Lowe's | installation supplies | Trip Checking (... | -51.79 |
| 25099 | Bill Pmt -Check | 02/12/2020 | Victory Packaging | Invoice 127510969, Customer #5052515, Or... | PCB Checking (... | -980.69 |
| 25101 | Bill Pmt -Check | 02/12/2020 | Atmos Energy | Customer #3030238204; 01/27/20 statement | PCB Checking (... | -1,055.57 |
| 25102 | Bill Pmt -Check | 02/12/2020 | Pitney Bowes | Lease acct #8571359: Invoice 3310527605 p... | PCB Checking (... | -32.00 |
| 25104 | Bill Pmt -Check | 02/12/2020 | Chase Platinum Business Credit C... | 4798 6010 0028 1959 - 2019/12/15 statement | PCB Checking (... | -319.60 |
| 25105 | Bill Pmt -Check | 02/12/2020 | Home Depot Credit Services | 6035 3221 3790 9812 - 2020/01/08 statement | PCB Checking (... | -99.18 |
|  | Check | 02/12/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -59.76 |
| 25097 | Bill Pmt -Check | 02/11/2020 | Cervantes, Isaac | Invoice 200207KB: Repair (1) Magnolia porch... | PCB Checking (... | -200.00 |
| 25098 | Bill Pmt -Check | 02/11/2020 | Cervantes, Isaac | Repair (1) damaged Bernhardt side table for ... | PCB Checking (... | -270.00 |
|  | Check | 02/11/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -60.78 |
| XFR | Check | 02/10/2020 | Eveready Services, Inc. | XFR to trip checking for fuel | PCB Checking (... | -1,000.00 |
| XFR | Check | 02/10/2020 | Eveready Services, Inc. | XFR from PCB CKG to Chase CKG for LOC ... | Trip Checking (... | 1,000.00 |
|  | Check | 02/10/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -290.91 |
|  | Check | 02/10/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -224.79 |
| EFT | Bill Pmt -Check | 02/10/2020 | Internal Revenue Service | EIN 75-2825414 - 2Q12 Form 941 - CP504B ... | PCB Checking (... | -500.00 |
| 25095 | Liability Check | 02/10/2020 | Attorney General | Case #0013681794 -- CG - thru 2020/01/24 | PCB Checking (... | -52.38 |
| 25093 | Liability Check | 02/10/2020 | Attorney General | Case #0013681794 - CG - thru 2020/01/31 | PCB Checking (... | -52.38 |
| 25096 | Liability Check | 02/10/2020 | Attorney General | `Case #0013681794 - CG - thru 2020/02/07 | PCB Checking (... | -52.38 |
|  | Check | 02/10/2020 | PlainsCapital Bank [vendor] | overdraft fee | Trip Checking (... | -35.00 |
|  | Check | 02/10/2020 | ATM | ATM Fee | Trip Checking (... | -3.00 |
| ATM | Check | 02/10/2020 | ATM | Per Diems | Trip Checking (... | -20.00 |
|  | Check | 02/10/2020 | Fox Fuels | fuel TBD | Trip Checking (... | -35.01 |
|  | Check | 02/10/2020 | Shell | Fuel TBD | Trip Checking (... | -99.00 |
| ATM | Check | 02/10/2020 | ATM | Per Diems | Trip Checking (... | -100.00 |
| EFT | Check | 02/09/2020 | Eveready Services, Inc. | manual online payment #9224238107 | Chase Checking... | -994.84 |
| 25058 | Liability Check | 02/07/2020 | Internal Revenue Service | EIN 75-2825414 - Form 941 & CIVPEN - Inst... | PCB Checking (... | -500.00 |
| 25059 | Check | 02/07/2020 | Eveready Services, Inc. | XFR from PCB CKG to Chase CKG for LOC ... | PCB Checking (... | -1,000.00 |
|  | Check | 02/07/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -57.44 |
| 25060 | Bill Pmt -Check | 02/07/2020 | Blue Cross Blue Shield of Texas | Profile #000011985, Cust #000079994; 02/01... | PCB Checking (... | -9,541.70 |
| 25036 | Check | 02/07/2020 | Luis Guevara | CONTRACT: 13:40hrs@$13.50/hr (01/25/20 ... | PCB Checking (... | -184.50 |
| 25037 | Check | 02/07/2020 | Sergio Perez | CONTRACT: hrs@$14/hr (01/25/20 - 01/31/20) | PCB Checking (... | -441.00 |
| 25038 | Check | 02/07/2020 | Pablo Fierros | CONTRACT: 40hrs@$12/hr, 8:55hrs@$18/hr... | PCB Checking (... | -640.50 |
| 25039 | Check | 02/07/2020 | Victor Lucas | CONTRACT: 34:30hrs@$12/hr (01/25/20 - 0... | PCB Checking (... | -414.00 |

**Page 2**

10:20 PM

03/19/20

Accrual Basis

# Eveready Services, Inc. - Debtor - Case 20-30225-HDH11
## Bank Account Disbursements
### January 23 through February 29, 2020

| Num | Type | Date | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 25054 | Check | 02/07/2020 | Badger {emp}, Kelly R. | REIMBURSE: $100 cash for fuel, Donuts & s... | PCB Checking (... | -208.20 |
| 25055 | Bill Pmt -Check | 02/07/2020 | Cervantes, Isaac | Cost to repair damage floating console (Lewi... | PCB Checking (... | -250.00 |
| 25061 | Bill Pmt -Check | 02/07/2020 | Atmos Energy | Customer #3030238204; 12/27/19 statement | PCB Checking (... | -1,293.58 |
| 25062 | Bill Pmt -Check | 02/07/2020 | BankDirect Capital Finance | Loan #805814 - Insurance Finance - 01/13/2... | PCB Checking (... | -3,463.40 |
| 25063 | Bill Pmt -Check | 02/07/2020 | Brinks Home Security | 303073670 | PCB Checking (... | -79.63 |
| 25064 | Bill Pmt -Check | 02/07/2020 | Hanover Insurance Co. | Policy IHD 6416538, Customer #1501258305... | PCB Checking (... | -1,656.00 |
| 25065 | Bill Pmt -Check | 02/07/2020 | Home Depot Credit Services | 6035 3221 3790 9812 - 2019/11/07 statement | PCB Checking (... | -79.40 |
| 25066 | Bill Pmt -Check | 02/07/2020 | NTTA ZipCash | Account ID 803384493, TX LRN-4607 12/12/... | PCB Checking (... | -24.77 |
| 25067 | Bill Pmt -Check | 02/07/2020 | Penske Truck Leasing | Invoice 0017328078: Tolls for rental truck | PCB Checking (... | -84.63 |
| 25068 | Bill Pmt -Check | 02/07/2020 | Shelton Mead Shelton | Invoice 22160 - State Sales Tax 4Q19 Prep | PCB Checking (... | -60.00 |
| 25069 | Bill Pmt -Check | 02/07/2020 | Syfer Networks | Invoice 1243: IT services, data backup, AVG ... | PCB Checking (... | -2,247.27 |
| 25070 | Bill Pmt -Check | 02/07/2020 | WC of Texas | Invoice 1708460 - Acct #5181-015102093 12/... | PCB Checking (... | -921.61 |
| 25057 | Bill Pmt -Check | 02/07/2020 | Cervantes, Isaac | Cost to repair damaged console (Josh Pickeri... | PCB Checking (... | -95.00 |
| 25071 | Bill Pmt -Check | 02/07/2020 | AT&T Mobility | Invoice 287268122258X01192020  Account #... | PCB Checking (... | -108.76 |
| 25072 | Bill Pmt -Check | 02/07/2020 | Courtesy Building Services, Inc. | Invoice 118392: Monthly Janiotorial Services | PCB Checking (... | -286.86 |
| 25073 | Bill Pmt -Check | 02/07/2020 | Dave The Printer | Invoice 69022: 1500 Service Order Forms | PCB Checking (... | -885.70 |
| 25074 | Bill Pmt -Check | 02/07/2020 | FW Fleet Clean Systems, Inc. | tax id 83-2309307 | PCB Checking (... | -353.23 |
| 25075 | Bill Pmt -Check | 02/07/2020 | Humana Insurance Co. | Invoice 601927926, Billing ID #861458-001: ... | PCB Checking (... | -525.58 |
| 25076 | Bill Pmt -Check | 02/07/2020 | New Benefits | BENIES134-764348: Membership Fee 12/31/... | PCB Checking (... | -105.00 |
| 25077 | Bill Pmt -Check | 02/07/2020 | NTTA ZipCash | Account #799815446, KLZ8495(TX), 12/17/1... | PCB Checking (... | -18.50 |
| 25078 | Bill Pmt -Check | 02/07/2020 | Our Energy | 1902080115 | PCB Checking (... | -901.28 |
| 25079 | Bill Pmt -Check | 02/07/2020 | Pitney Bowes | Lease acct #0010683485: Invoice 331032617... | PCB Checking (... | -149.23 |
| 25080 | Bill Pmt -Check | 02/07/2020 | Protex Service, Inc. | Cust #4734, Invoice #258947: Quarterly pest ... | PCB Checking (... | -161.83 |
| 25081 | Bill Pmt -Check | 02/07/2020 | ReadyRefresh by Nestle | 0115106890 | PCB Checking (... | -327.33 |
| 25082 | Bill Pmt -Check | 02/07/2020 | Recycle Revolution LLC | Invoice 19894: Recycle containers/bins/comp... | PCB Checking (... | -460.64 |
| 25083 | Bill Pmt -Check | 02/07/2020 | Spectrum/Time Warner Cable | 8260 13 059 3567681 | PCB Checking (... | -354.91 |
| 25084 | Bill Pmt -Check | 02/07/2020 | Texas Fire Extinguisher, Inc. | E1137 | PCB Checking (... | -628.39 |
| 25085 | Bill Pmt -Check | 02/07/2020 | ULINE | Invoice 114889741, Customer #13793349: T... | PCB Checking (... | -300.73 |
| 25086 | Bill Pmt -Check | 02/07/2020 | Victory Packaging | | PCB Checking (... | -261.54 |
| 25087 | Bill Pmt -Check | 02/07/2020 | Bank of America MC (ESI) | 5474151895425822 | PCB Checking (... | -251.66 |
| 25088 | Bill Pmt -Check | 02/07/2020 | Chase Platinum Business Credit C... | 4798 6010 0028 1959 - 2019/12/15 statement | PCB Checking (... | -319.59 |
| 25089 | Bill Pmt -Check | 02/07/2020 | CitiBusiness Platinum Select VISA | 5588280002673413 | PCB Checking (... | -277.12 |
| 25090 | Bill Pmt -Check | 02/07/2020 | Shell Small Business Fleet (WEX) | 0496004397386 | PCB Checking (... | -182.48 |
| 25091 | Bill Pmt -Check | 02/07/2020 | ULINE | Invoice 115143155, Customer #13793349 | PCB Checking (... | -97.07 |
| | Check | 02/07/2020 | Shell | Fuel TBD | Trip Checking (... | -45.46 |
| | Check | 02/07/2020 | Chevron | Fuel TBD | Trip Checking (... | -50.01 |
| | Check | 02/06/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -61.25 |
| | Check | 02/06/2020 | Home Depot | Installation supplies | Trip Checking (... | -56.80 |
| | Check | 02/05/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -174.86 |
| | Check | 02/05/2020 | Chase Bank of Texas | SERVICE CHARGES FOR THE MONTH OF ... | Chase Checking... | -30.00 |
| | Check | 02/05/2020 | Shell | Fuel TBD | Trip Checking (... | -20.94 |
| | Check | 02/05/2020 | Shell | Fuel TBD | Trip Checking (... | -40.20 |
| | Check | 02/04/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -617.47 |
| | Check | 02/04/2020 | PlainsCapital Bank [vendor] | Overdraft Fee ck25002 | PCB Checking (... | -35.00 |
| | Check | 02/04/2020 | PlainsCapital Bank [vendor] | Overdraft Fee ck25030 | PCB Checking (... | -35.00 |
| | Check | 02/04/2020 | PlainsCapital Bank [vendor] | Overdraft Fee ck25017 | PCB Checking (... | -35.00 |
| | Check | 02/04/2020 | PlainsCapital Bank [vendor] | Overdraft Fee ck25031 | PCB Checking (... | -35.00 |
| 25035 | Check | 02/03/2020 | Sara Lucia Botello | Cost for stain removal of Holland & Sherry ch... | PCB Checking (... | -100.00 |
| | Check | 02/03/2020 | Innovative Merchant Solutions (IN... | account fee | PCB Checking (... | -9.95 |

10:20 PM

03/19/20

Accrual Basis

**Eveready Services, Inc. - Debtor - Case 20-30225-HDH11**
**Bank Account Disbursements**
January 23 through February 29, 2020

| Num | Type | Date | Name | Memo | Account | Amount |
|------|------|------|------|------|---------|--------|
| | Check | 02/03/2020 | Innovative Merchant Solutions (IN... | account fee | PCB Checking (... | -19.95 |
| | Check | 02/03/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -22.13 |
| | Check | 02/03/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -128.41 |
| | Check | 02/03/2020 | RaceTrac | Fuel TBD | Trip Checking (... | -27.64 |
| | Check | 02/03/2020 | 7-Eleven | Fuel TBD | Trip Checking (... | -100.00 |
| | Check | 01/31/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -10.06 |
| 25031 | Check | 01/31/2020 | Sergio Perez | CONTRACT: 39:15hrs@$14/hr (01/18/20 - 0... | PCB Checking (... | -549.50 |
| 25032 | Check | 01/31/2020 | Victor Lucas | CONTRACT: 40hrs@$12/hr, 2:35hrs@$18/hr... | PCB Checking (... | -526.50 |
| 25033 | Check | 01/31/2020 | Luis Guevara | CONTRACT: 40hrs@$13.50/hr, 2:3;hrs@$20... | PCB Checking (... | -609.18 |
| 25034 | Check | 01/31/2020 | Pablo Fierros | CONTRACT: 40hrs@$12/hr, 3:45hrs@$18hr ... | PCB Checking (... | -547.50 |
| | Check | 01/31/2020 | PlainsCapital Bank [vendor] | transactions fee | PCB Checking (... | -25.00 |
| | Check | 01/31/2020 | PlainsCapital Bank [vendor] | returned mail fee | PCB Checking (... | -5.00 |
| ATM | Check | 01/31/2020 | ATM | Per Diems | Trip Checking (... | -260.00 |
| ATM | Check | 01/31/2020 | ATM | ATM Fee | Trip Checking (... | -2.50 |
| | Check | 01/31/2020 | PlainsCapital Bank [vendor] | "Return Mail Fee" | Trip Checking (... | -5.00 |
| | Check | 01/31/2020 | PlainsCapital Bank [vendor] | Service Charge | Trip Checking (... | -10.00 |
| CCADJ | Check | 01/31/2020 | Innovative Merchant Solutions (IN... | Batch Fee ID=-2659227425 | PCB Checking (... | 0.00 |
| | Check | 01/30/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -1.48 |
| | Check | 01/30/2020 | Shell | CS Fuel 605 (8390 Stemmons) | Trip Checking (... | -48.23 |
| | Check | 01/30/2020 | RaceTrac | WF Fuel E029 (4510 Trinity Mills) | Trip Checking (... | -45.10 |
| XFER | Check | 01/29/2020 | Eveready Services, Inc. | #322191662 | PCB Checking (... | -600.00 |
| XFER | Check | 01/29/2020 | Eveready Services, Inc. | #322191662 | Trip Checking (... | 600.00 |
| | Check | 01/29/2020 | Innovative Merchant Solutions (IN... | discount fee | PCB Checking (... | -16.20 |
| | Check | 01/28/2020 | PNC Bank | Per Diems: AWDH/ANGELLE Houston (PF/CS) | Trip Checking (... | -40.00 |
| | Check | 01/28/2020 | PNC Bank | ATM Fee | Trip Checking (... | -3.50 |
| | Check | 01/27/2020 | Innovative Merchant Solutions (IN... | account fee | PCB Checking (... | -103.05 |
| | Check | 01/27/2020 | Innovative Merchant Solutions (IN... | account fee | PCB Checking (... | -249.77 |
| XFR | Check | 01/27/2020 | Eveready Services, Inc. | AWDH Angelle Katy TX trip cash #2193441798 | PCB Checking (... | -80.00 |
| XFR | Check | 01/27/2020 | A Well Dressed Home (CC, i):AW... | AWDH Angelle Katy TX trip cash #2193441798 | Trip Checking (... | 80.00 |
| 24934 | Bill Pmt -Check | 01/25/2020 | New York Life | 310 W. Mockingbird - #46319 JAN 2020 Rent | PCB Checking (... | -19,862.37 |
| 25011 | Bill Pmt -Check | 01/25/2020 | Recycle Revolution LLC | Invoice 19680: Recycle containers/bins/comp... | PCB Checking (... | -460.64 |
| 25012 | Bill Pmt -Check | 01/25/2020 | FedEx | 2136-9010-8 | PCB Checking (... | -177.70 |
| 25010 | Bill Pmt -Check | 01/25/2020 | Office Depot Credit Plan | 6011 5684 0466 4658 | PCB Checking (... | -25.00 |
| 25009 | Check | 01/25/2020 | Recycle Revolution LLC | VOID: misprint | PCB Checking (... | 0.00 |
| | Check | 01/24/2020 | Innovative Merchant Solutions (IN... | account fee | PCB Checking (... | -45.58 |
| 25003 | Check | 01/24/2020 | Badger {emp}, Kelly R. | REIMBURSE: Sausage rolls and donuts (01/... | PCB Checking (... | -47.65 |
| 25004 | Check | 01/24/2020 | Pablo Fierros | CONTRACT: 40hrs@$12/hr, 4:40hrs@$18/hr... | PCB Checking (... | -564.00 |
| 25005 | Check | 01/24/2020 | Victor Lucas | CONTRACT: 32:50hrs@$12/hr  (1/11/20-1/1... | PCB Checking (... | -393.96 |
| 25006 | Check | 01/24/2020 | Luis Guevara | CONTRACT: 33:45hrs@$13.50/hr (01/11/20-... | PCB Checking (... | -455.63 |
| 25007 | Check | 01/24/2020 | Sergio Perez | CONTRACT: 24:15hrs@$14/hr (01/11/20-01/... | PCB Checking (... | -339.50 |
| | Check | 01/23/2020 | Innovative Merchant Solutions (IN... | account fee | PCB Checking (... | -6.84 |

**Jan 23 - Feb 29, 20**                                                                                                    **-73,421.33**

**Monthly Operating Report**
**CASH BASIS-3**

CASE NAME: EVEREADY SERVICES INC. DEBTOR

CASE NUMBER: 20-30225-HDH11

### ASSETS OF THE ESTATE

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | 0 | | | |
| 5. TOTAL REAL PROPERTY ASSETS | 0 | | | |

| SCHEDULE "B" PERSONAL PROPERTY | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. CASH ON HAND | 9393.10 | | | |
| 2. CHECKING, SAVINGS, ETC. | 9393.10 | | | |
| 3. SECURITY DEPOSITS | 0 | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | 0 | | | |
| 7. FURS AND JEWELRY | 0 | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | 0 | | | |
| 9. INSURANCE POLICIES | 0 | | | |
| 10. ANNUITIES | 0 | | | |
| 11. EDUCATION | 0 | | | |
| 12. RETIREMENT & PROFIT SHARING | 0 | | | |
| 13. STOCKS | 0 | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | 0 | | | |
| 15. GOVERNMENT & CORPORATE BONDS | 0 | | | |
| 16. ACCOUNTS RECEIVABLE | 80724.51 | | | |
| 17. ALIMONY | 0 | | | |
| 18. OTHER LIQUIDATED DEBTS | 0 | | | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | | | | |
| 21. OTHER CLAIMS | 0 | | | |
| 22. PATENTS & COPYRIGHTS | 0 | | | |
| 23. LICENSES & FRANCHISES | 0 | | | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26. BOATS & MOTORS | 0 | | | |
| 27. AIRCRAFT | 0 | | | |
| 28. OFFICE EQUIPMENT | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 30. INVENTORY | | | | |
| 31. ANIMALS | 0 | | | |
| 32. CROPS | 0 | | | |
| 33. FARMING EQUIPMENT | 0 | | | |
| 34. FARM SUPPLIES | 0 | | | |
| 35. OTHER (ATTACH LIST) | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | | | | |
| 37. TOTAL ASSETS | | | | |

**Monthly Operating Report**
**CASH BASIS-4**

CASE NAME: *EVERGREEN SERVICES INC· DEBTOR*

CASE NUMBER: *20-30225·HDH 11*

MONTH: *01/23/2020*
*02/29/2020*

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | *0* | |
| 2. PRIORITY | | |
| 3. UNSECURED | | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | | |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | | | |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | | | |
| 31. TOTAL POSTPETITION LIABILITIES | | | | |

**Monthly Operating Report**
**CASH BASIS-4A**

CASE NAME: _EVEREADY SERVICES INC-DEBTOR_

CASE NUMBER: _20-30225-HDH 11_

MONTH: _01/23/2020_  _02/29/2020_

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | 46,201.86 | | | |
| 2. 31 - 60 | 4027.89 | | | |
| 3. 61 - 90 | 8425.35 | | | |
| 4. 91 + | 29912.40 | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | 97567.50 | | | |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | 12649.00 | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | 79,919.68 | | | |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| TAXES PAYABLE | | | | |
| 1. FEDERAL | 0 | 0 | 0 | 0 |
| 2. STATE | 124.64 | 0 | 0 | 0 |
| 3. LOCAL | 16910.91 | 0 | 0 | 0 |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL TAXES PAYABLE | 17035.55 | 0 | 0 | 0 |
| 6. ACCOUNTS PAYABLE | 65065.00 | | | |
| | 47217.87 | 86313.09 | 57156.54 | 65068750 |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1. WITHHOLDING | 12872.00 | | 0 | 12872.00 |
| 2. FICA-EMPLOYEE | 8922.92 | | 0 | 8922.92 |
| 3. FICA-EMPLOYER | 8922.92 | | | 8922.92 |
| 4. UNEMPLOYMENT | 569.45 | | | 569.45 |
| 5. INCOME | 0 | 0 | 0 | 0 |
| 6. OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 7. TOTAL FEDERAL TAXES | 31287.29 | | 0 | 31287.29 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | 0 | 0 | 0 | 0 |
| 9. SALES | 124.64 | 0 | 0 | 124.64 |
| 10. EXCISE | 0 | 0 | 0 | |
| 11. UNEMPLOYMENT | 332.71 | 0 | 0 | 332.71 |
| 12. REAL PROPERTY | 0 | 0 | 0 | |
| 13. PERSONAL PROPERTY | 16910.91 | 0 | 0 | 16910.91 |
| 14. OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 15. TOTAL STATE & LOCAL | 17368.26 | 0 | 0 | 17368.26 |
| 16. TOTAL TAXES | 48,655.55 | 0 | 0 | 48655.55 |

← 124.64

**Monthly Operating Report**
CASH BASIS-5

CASE NAME: _EVEREADY SERVICES INC DEBTOR_

CASE NUMBER: _20-30225-HDH11_

01/23/2020
MONTH: _02/29/2020_

## PAYMENTS TO INSIDERS AND PROFESSIONALS

*HAYSLIP V. ALLAN PAYCHECK #25170 $899.90*

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
|------|----------------|-------------|----------------|
| 1. HAYSLIP V. ALLAN | PAYCHECK 24993 | 1099.90 | 1099.90 |
| 2. HAYSLIP V. ALLAN | PAYCHECK 25021 | 1099.90 | 2199.80 |
| 3. HAYSLIP V. ALLAN | PAYCHECK 25044 | 1099.90 | 3299.70 |
| 4. HAYSLIP V. ALLAN | PAYCHECK 25124 | 1099.90 | 4399.60 |
| 5. HAYSLIP V. ALLA | PAYCHECK 25141 | 899.90 | 5299.50 |
| TOTAL PAYMENTS TO INSIDERS | | 6199.40 | 6199.40 |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
|------|-----|-----|-----|-----|-----|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | 0 | 0 | 0 | 0 |

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|------|-----|-----|-----|
| 1. NWPTX TT, LLC - NY LIFE | 19862.37 | 19862.37 | 19862.37 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | 19862.37 | 19862.37 | 19862.37 |

**Monthly Operating Report**
**CASH BASIS-6**

CASE NAME: *EVEREADY SERVICES INC-DEBTOR*

CASE NUMBER: *20-30225-HDH11*

MONTH: _____

### QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? |  | ✓ |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | ✓ |  |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? |  | ✓ |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | ✓ |  |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? |  | ✓ |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | ✓ |  |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? |  | ✓ |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | ✓ |  |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? |  | ✓ |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? |  | ✓ |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | ✓ |  |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? |  | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____
_____
_____

### INSURANCE

|  | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | ✓ |  |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | ✓ |  |
| 3. PLEASE ITEMIZE POLICIES BELOW |  |  |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____
_____
_____

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| INLAND MARINE | HANOVER | 2019-2020 | 1681/MONTH |
| WORK COMP | SERVICE LLOYDS | " | 1849/MONTH |
| UMBRELLA | TRAVELER | 10/2019-10/2020 | BANK DIRECT |
| SCOTSDALE | PACKAGE | " | 10 PMTS/YR |
| AUTO | CLEAR BLUE | " | 3463.40 |