ERIN NEALY COX
UNITED STATES ATTORNEY
Donna K. Webb
Assistant United States Attorney
Texas State Bar No. 21024000
1100 Commerce St., Ste. 300
Dallas, Texas 75242
donna.webb@usdoj.gov
Telephone: 214-659-8600
Facsimile: 214-659-8807
Attorneys for
United States of America
Internal Revenue Service

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In re:

Eveready Services, Inc.,
          Debtor.

CASE NO. 20-30225-HDH-11
CHAPTER 11

**NOTICE OF APPEARANCE OF IRS**
**AND REQUEST FOR SERVICE OF PAPERS**

     Please take notice that the undersigned counsel is appearing for the following governmental unit in the above-styled and numbered bankruptcy case: United States of America on behalf of the Internal Revenue Service (IRS). The IRS is a creditor and a party in interest.

     Pursuant to Bankruptcy Rules that include 2002, 3017(a), and 9010(b) and N.D. Tex. L.B.R. 2002-1(j) all notices given or required to be given to the IRS and all papers served or required to be served on this agency in this case are requested to be served on the undersigned counsel.

     This appearance is on behalf of the agency or instrumentality identified above only, and neither extends to nor constitutes an appearance by any other agency, instrumentality, branch, or

**Notice of Appearance of IRS – Page 1**

subdivision of the United States of America, and, further, this Appearance does not constitute a waiver of the requirements of proper and full service on such other agency, instrumentality, branch, or subdivision of the United States of America.

DATED March 31, 2020.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

   */s/ Donna K. Webb*
Donna K. Webb
Assistant United States Attorney
State Bar No. 21024000
1100 Commerce St., Ste 300
Dallas, Texas 75242
donna.webb@usdoj.gov
Telephone: 214-659-8600
Facsimile: 214-659-8807

Attorneys for Internal Revenue Service

## Certificate of Service

On March 31, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. Bankruptcy Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

   */s/ Donna K. Webb*
Donna K. Webb
Assistant United States Attorney