

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 17, 2020**

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| EVERYREADY SERVICES, INC | § | Case No. 20-30225 |
| DEBTOR | § | |

ORDER ON MOTION TO REJECT LEASE

CAME ON to be considered this day the Motion of Everyready Services, Inc., ("Debtor") to Reject Lease ("Motion"). The Court having reviewed the Motion is of the opinion the Motion

is well founded and should be Granted. IT is accordingly,

ORDERED, ADJUDGE AND DECREED THE Debtor's lease with NWP TX TT, LLC ("Landlord") is hereby rejected.

### End of Order ###