

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 17, 2020**                                              **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| EVEREADY SERVICES, INC | § | Case No. 20-30225 |
| | § | |
| | § | |
| DEBTOR | § | |

ORDER ON MOTION FOR DISTRIBUTION

CAME ON to be considered this day the Motion of Eveready Services, Inc ("Eveready") for Distribution ("Motion"). The Court having reviewed the Motion is ofthe oipinion the Motion ise well founded and should be Granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED   The Debtor is authorized to distribute the sales proceeds on hand to the ad valorem tax creditors and the remaining balance to the Internal Revenue Service.

### End of Order ###