Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| EVEREADY SERVICES, INC § | Case No. 20-30225 | |
| § | | |
| § | | |
| DEBTOR § | | |

## NOTICE OF HEARING ON MOTION TO CONVERT TO CHAPTER 7

PLEASE TAKE NOTICE that a hearing on the Debtor's Motion to Convert to Chapter 7 will be held on September 21, 2020 beginning at 9:30 a.m before the Honorable Harlin Hale United States Bankruptcy Judge. The hearing will be conducted by Webex and the following link:

https://us-courts.webex.com/us-courts/j.php?MTID=m6bda89dd8e58386bd122be60e341b468

Participants are encouraged to review the attached Instructions and Tips before participating in the hearing.

                                                Respectfully submitted,

                                                Eric A. Liepins
                                                Eric A. Liepins, P.C.
                                                12770 Coit Road

        Suite 1100
        Dallas, Texas 75251
        (972) 991-5591
        (972) 991-5788 - telecopier

        By:_/s/ Eric Liepins_____
            Eric A. Liepins, SBN 12338110

        PROPOSED ATTORNEY FOR DEBTOR

        Certificate of Service

    I hereby certify that a true and correct copy of the foregoing Notice was to all creditors on the 26th day of August 2020.

        ____/s/ Eric Liepins_____
        Eric A. Liepins