

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 28, 2020**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| EVEREADY SERVICES, INC | § § § § | Case No. 20-30225 |
| DEBTOR | § | |

### ORDER ON MOTION TO CONVERT TO CHAPTER 7

CAME ON to be considered this day the Motion of Eveready Services, Inc, ("Debtor") to Convert to Chapter 7 ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED ADJUDGED AND DECREED the above case is converted to a Chapter 7.

### End of Order ###

ORDER ON MOTION TO CONVERT -- Page 1