



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 28, 2020**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN  DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| EVEREADY SERVICES, INC | § | Case No. 20-30225 |
| | § | |
| | § | |
| DEBTOR | § | |

### ORDER ON MOTION TO CONVERT TO CHAPTER 7

CAME ON to be considered this day the Motion of  Eveready Services, Inc,  ("Debtor") to Convert to Chapter 7 ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED ADJUDGED AND DECREED the above case is converted to a Chapter 7.

### End of Order ###

**ORDER ON MOTION TO CONVERT -- Page 1**

United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                Case No. 20-30225-hdh

Eveready Services, Inc.                                                                     Chapter 7

   Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0539-3                          User: tbradden                                  Page 1 of 3
Date Rcvd: Sep 29, 2020                    Form ID: pdf020                              Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Eveready Services, Inc., 310 W. Mockingbird Lane, Dallas, TX 75247-6612 |
| cr | + | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| 18865786 | + | AT&T U-VERSE, AT&T HEADQUARTERS 208 S. AKARD ST, Dallas, TX 75202-4206 |
| 18865787 | | ATMOS ENERGY, PO Box 650205, Dallas, TX 75265-0205 |
| 18865789 | + | BANKDIRECT CAPITAL FINANCE, 150 North Field Drive, Ste. 190, Lake Forest, IL 60045-2594 |
| 18865788 | | Bank of America Business Card, PO Box 15710, Wilmington, DE 19886-5710 |
| 18865790 | | Brinks Home Security, Dept. CH 8628, Palatine, IL 60055-8628 |
| 18865792 | + | CHASE BUSINESS REVOLVING CREDIT, PO Box 94014, Chicago, IL 60690-4014 |
| 18865794 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, CITIBUSINESS AADVANTAGE CARD, PO BOX 78045, PHOENIX, AZ 85062-8045 |
| 18865795 | + | CITIBUSINESS PLATINUM SELECT VISA, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 18865796 | | COURTESY BUILDING SERVICES INC., 2154 W Northwest Hwy, STE 214, Dallas, TX 75220-4220 |
| 18865797 | | Courtesy Building Services, Inc., 2154 W. Northwest Highway, Suite 214, Dallas, TX 75220-4220 |
| 18865798 | + | Dallas County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Freeway Suite 1000, Dallas, TX 75207-2328 |
| 18865799 | | Dave The Printer, 2338 Irving Blvd., Dallas, TX 75207-6002 |
| 18925220 | + | Euler Hermes N.A. Insurance Co., 800 Red Brook Blvd, Owings Mills, MD 21117-5173 |
| 18865802 | + | FW Fleet Clean, LLC., 478 N. Babcock Street, Melbourne., FL 32935-6864 |
| 18865800 | | FedEx, P.O. Box 660481, Dallas, TE 75266-0481 |
| 18865803 | + | GIJV TX 1, LLC, 2 POST ROAD WEST, Westport, CT 06880-4203 |
| 18865805 | + | Hayslip Design Associates, 2604 Fairmount Street, Dallas, TX 75201-1904 |
| 18865806 | + | Hayslip, Victor Allan, 3809 Parry Ave, Apt 301, Dallas, TX 75226-2446 |
| 18865807 | # | Humana Insurance Co., P.O. Box 3024, Milwaukee, WI 53201-3024 |
| 18865810 | + | NEW BENEFITS, LTD., PO Box 803475, Dallas, TE 75380-3475 |
| 18865812 | + | Our Energy, 17154 Buttle Creek Rd, Houston, TX 77090-2372 |
| 18865813 | | PENSKE TRUCK LEASING, PO BOX 802577, CHICAGO, IL 60680-2577 |
| 18865814 | | PITNEY BOWES, PO BOX 371887, PITTSBURGH, PA 15250-7887 |
| 18865815 | | Protex Service, Inc., 1915 N. Haskell Ave., Dallas, TX 75204-4298 |
| 18865816 | | ReadyRefresh by Nestle, P.O. Box 856680, Louisville, KY 40285-6680 |
| 18865817 | + | Recycle Revolution LLC, Maria Lott, 5731 Buffridge Trail, Dallas, TE 75252-2333 |
| 18865819 | | SHELL SMALL BUSINESS FLEET, CARD, WEX BANK, PO BOX 6293, CAROL STREAM, IL 60197-6293 |
| 18865821 | + | SHERRY HAYSLIP SMITH, 2604 Fairmont St, Dallas, TX 75201-1904 |
| 18865818 | | Service Lloyds Insurance, Company, 6907 Capital of Texas Highway, Suite 290, Austin, TX 78731-1795 |
| 18865820 | + | Shelton Mead & Shelton PLLC, 800 E. Border Street, Arlington, TE 76010-7408 |
| 18865822 | + | Syfer Networks, PO Box 1184, Wylie, TX 75098-1184 |
| 18865823 | | Texas Fire Extinguisher, Inc., 4825 East Grand Avenue, Dallas, TX 75223-2909 |
| 18865826 | | VICTORY PACKAGING, 1501 Grand River Rd, Fort Worth, TX 76155 |
| 18865827 | | WC OF TEXAS, P.O. BOX 742695, CINCINNATI, OH 45274-2695 |

TOTAL: 36

District/off: 0539-3                          User: tbradden                              Page 2 of 3
Date Rcvd: Sep 29, 2020                       Form ID: pdf020                          Total Noticed: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 18865804 | Email/Text: ogclitmail@hanover.com | Sep 29 2020 22:52:00 | Hanover Insurance Co., P.O. Box 580045, Charlotte, NC 28258-0045 |
| 18865808 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2020 22:52:00 | Internal Revenue Service, 1100 Commerce St., 5024 DAL, Dallas, TX 75242-1100 |
| 18865791 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 29 2020 22:48:08 | Chase Business, P.O. Box 659732, San Antonio, TX 78265 |
| 18865793 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 29 2020 22:48:08 | Chase Ink, PO Box 94014, Palatine, IL 60094 |
| 18865811 | + Email/Text: bankruptcy@ntta.org | Sep 29 2020 22:52:00 | NTTA, Customer Servcie Center & Administration, 5900 West Plano Parkway, Plano, TX 75093-4695 |
| 18897941 | + Email/Text: txulec09@vistraenergy.com | Sep 29 2020 22:52:00 | TXU ENERGY RETAIL COMPANY LLC, C/O BANKRUPTCY DEPARTMENT, PO BOX 650393, DALLAS TX 75265-0393 |
| 18865824 | Email/Text: DL-CSGBankruptcy@charter.com | Sep 29 2020 22:52:00 | Time Warner Cable, P.O Box 60074, City of Industry, CA 91716-0074 |
| 18865825 | + Email/Text: accounts.receivable@uline.com | Sep 29 2020 22:52:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Eric A. Liepins, P.C. |
| 18865809 | *+ | Internal Revenue Service, 1100 Commerce St., 5024 DAL, Dallas, TX 75242-1100 |
| 18865801 | ##+ | Fleet Clean Systems, Inc., 2251 Sarno Rd., Melbourne., FL 32935-3069 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donna K. Webb | |
| | on behalf of Creditor United States Of America -Internal Revenue Service donna.webb@usdoj.gov brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov |

District/off: 0539-3                              User: tbradden                              Page 3 of 3
Date Rcvd: Sep 29, 2020                          Form ID: pdf020                             Total Noticed: 44

Elizabeth Weller
                   on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com  dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com

Eric A. Liepins
                   on behalf of Debtor Eveready Services  Inc. eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com

United States Trustee
                   ustpregion06.da.ecf@usdoj.gov


TOTAL: 4