**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Eveready Services, Inc.**<br>Name | EIN | **75–2825414** |
| United States Bankruptcy Court | **Northern District of Texas** | Date case filed in chapter **11** | **1/23/20** |
| Case number: | **20–30225–hdh7** | Date case converted to chapter **7** | **9/29/20** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Eveready Services, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 310 W. Mockingbird Lane<br>Dallas, TX 75247–6612 | |
| 4. | **Debtor's attorney**<br>Name and address | Eric A. Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Rd., Suite 1100<br>Dallas, TX 75251 | Contact Phone: (972) 991–5591<br><br>Email: eric@ealpc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Anne Elizabeth Burns<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202 | Contact Phone: (214) 573–7340<br><br>Email: trusteeburns@chfirm.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br><br>Contact Phone: 214–753–2000<br><br>Date: 10/5/20 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 10, 2020 at 09:50 AM**<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: **Anne Elizabeth Burns**<br>Toll free number: **877–461–5187**<br>Alternate number: **203–566–7665**<br>Participant Code: **5739693** |
| | **Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.** | | |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

# INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**Additional Dial−In Information:**

(1) You must use a touch−tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court

Northern District of Texas

In re:  
Eveready Services, Inc.  
    Debtor(s)

Case No. 20-30225-hdh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: brielly      Page 1 of 3  
Date Rcvd: Oct 05, 2020      Form ID: 309C      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eveready Services, Inc., 310 W. Mockingbird Lane, Dallas, TX 75247-6612 |
| aty | + | Donna K. Webb, U.S. Attorney Office, 1100 Commerce Street, Suite 300, Dallas, TX 75242-1074 |
| aty | + | Elizabeth Weller, Linebarger, Goggan, Blair & Sampson, LLP, 2777 N. Stemmons Frwy, Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| 18865786 | + | AT&T U-VERSE, AT&T HEADQUARTERS 208 S. AKARD ST, Dallas, TX 75202-4206 |
| 18865787 | | ATMOS ENERGY, PO Box 650205, Dallas, TX 75265-0205 |
| 18865789 | + | BANKDIRECT CAPITAL FINANCE, 150 North Field Drive, Ste. 190, Lake Forest, IL 60045-2594 |
| 18865790 | | Brinks Home Security, Dept. CH 8628, Palatine, IL 60055-8628 |
| 18865792 | + | CHASE BUSINESS REVOLVING CREDIT, PO Box 94014, Chicago, IL 60690-4014 |
| 18865796 | | COURTESY BUILDING SERVICES INC., 2154 W Northwest Hwy, STE 214, Dallas, TX 75220-4220 |
| 18865797 | | Courtesy Building Services, Inc., 2154 W. Northwest Highway, Suite 214, Dallas, TX 75220-4220 |
| 18865798 | + | Dallas County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Freeway Suite 1000, Dallas, TX 75207-2328 |
| 18865799 | | Dave The Printer, 2338 Irving Blvd., Dallas, TX 75207-6002 |
| 18925220 | + | Euler Hermes N.A. Insurance Co., 800 Red Brook Blvd, Owings Mills, MD 21117-5173 |
| 18865802 | + | FW Fleet Clean, LLC., 478 N. Babcock Street, Melbourne., FL 32935-6864 |
| 18865800 | | FedEx, P.O. Box 660481, Dallas, TE 75266-0481 |
| 18865803 | + | GIJV TX 1, LLC, 2 POST ROAD WEST, Westport, CT 06880-4203 |
| 18865805 | + | Hayslip Design Associates, 2604 Fairmount Street, Dallas, TX 75201-1904 |
| 18865806 | + | Hayslip, Victor Allan, 3809 Parry Ave, Apt 301, Dallas, TX 75226-2446 |
| 18865807 | # | Humana Insurance Co., P.O. Box 3024, Milwaukee, WI 53201-3024 |
| 18865810 | + | NEW BENEFITS, LTD., PO Box 803475, Dallas, TE 75380-3475 |
| 18865812 | + | Our Energy, 17154 Buttle Creek Rd, Houston, TX 77090-2372 |
| 18865813 | | PENSKE TRUCK LEASING, PO BOX 802577, CHICAGO, IL 60680-2577 |
| 18865814 | | PITNEY BOWES, PO BOX 371887, PITTSBURGH, PA 15250-7887 |
| 18865815 | | Protex Service, Inc., 1915 N. Haskell Ave., Dallas, TX 75204-4298 |
| 18865816 | | ReadyRefresh by Nestle, P.O. Box 856680, Louisville, KY 40285-6680 |
| 18865817 | + | Recycle Revolution LLC, Maria Lott, 5731 Buffridge Trail, Dallas, TE 75252-2333 |
| 18865819 | | SHELL SMALL BUSINESS FLEET, CARD, WEX BANK, PO BOX 6293, CAROL STREAM, IL 60197-6293 |
| 18865821 | + | SHERRY HAYSLIP SMITH, 2604 Fairmont St, Dallas, TX 75201-1904 |
| 18865818 | | Service Lloyds Insurance, Company, 6907 Capital of Texas Highway, Suite 290, Austin, TX 78731-1795 |
| 18865820 | + | Shelton Mead & Shelton PLLC, 800 E. Border Street, Arlington, TE 76010-7408 |
| 18865822 | + | Syfer Networks, PO Box 1184, Wylie, TX 75098-1184 |
| 18865823 | | Texas Fire Extinguisher, Inc., 4825 East Grand Avenue, Dallas, TX 75223-2909 |
| 18865826 | | VICTORY PACKAGING, 1501 Grand River Rd, Fort Worth, TX 76155 |
| 18865827 | | WC OF TEXAS, P.O. BOX 742695, CINCINNATI, OH 45274-2695 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| District/off: 0539-3 | User: brielly | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: 309C | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| aty | | Email/Text: eric@ealpc.com | Oct 05 2020 22:35:58 | Eric A. Liepins, Eric A. Liepins, P.C., 12770 Coit Rd., Suite 1100, Dallas, TX 75251 |
| tr | | Email/Text: anne.burns@txitrustee.com | Oct 05 2020 22:35:00 | Anne Elizabeth Burns, 900 Jackson Street, Suite 570, Dallas, TX 75202 |
| 18865788 | | EDI: BANKAMER.COM | Oct 06 2020 02:18:00 | Bank of America Business Card, PO Box 15710, Wilmington, DE 19886-5710 |
| 18865794 | | EDI: CITICORP.COM | Oct 06 2020 02:18:00 | CITIBUSINESS AADVANTAGE CARD, PO BOX 78045, PHOENIX, AZ 85062-8045 |
| 18865795 | + | EDI: CITICORP.COM | Oct 06 2020 02:18:00 | CITIBUSINESS PLATINUM SELECT VISA, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 18865804 | | Email/Text: ogclitmail@hanover.com | Oct 05 2020 22:36:00 | Hanover Insurance Co., P.O. Box 580045, Charlotte, NC 28258-0045 |
| 18865808 | + | EDI: IRS.COM | Oct 06 2020 02:18:00 | Internal Revenue Service, 1100 Commerce St., 5024 DAL, Dallas, TX 75242-1100 |
| 18865791 | | EDI: JPMORGANCHASE | Oct 06 2020 02:18:00 | Chase Business, P.O. Box 659732, San Antonio, TX 78265 |
| 18865793 | | EDI: JPMORGANCHASE | Oct 06 2020 02:18:00 | Chase Ink, PO Box 94014, Palatine, IL 60094 |
| 18865811 | + | EDI: NTXTOLWAY | Oct 06 2020 02:18:00 | NTTA, Customer Servcie Center & Administration, 5900 West Plano Parkway, Plano, TX 75093-4695 |
| 18897941 | + | Email/Text: txulec09@vistraenergy.com | Oct 05 2020 22:36:00 | TXU ENERGY RETAIL COMPANY LLC, C/O BANKRUPTCY DEPARTMENT, PO BOX 650393, DALLAS TX 75265-0393 |
| 18865824 | | Email/Text: DL-CSGBankruptcy@charter.com | Oct 05 2020 22:36:00 | Time Warner Cable, P.O Box 60074, City of Industry, CA 91716-0074 |
| 18865825 | + | Email/Text: accounts.receivable@uline.com | Oct 05 2020 22:36:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Eric A. Liepins, P.C. |
| 18865809 | *+ | Internal Revenue Service, 1100 Commerce St., 5024 DAL, Dallas, TX 75242-1100 |
| 18865801 | ##+ | Fleet Clean Systems, Inc., 2251 Sarno Rd., Melbourne., FL 32935-3069 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2020　　　　　　　　　　　Signature:　　/s/Joseph Speetjens

Case 20-30225-hdh7 Doc 35 Filed 10/07/20 Entered 10/07/20 23:39:33 Desc
Imaged Certificate of Notice  Page 5 of 5

| District/off: 0539-3 | User: brielly | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 05, 2020 | Form ID: 309C | Total Noticed: 48 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Anne Elizabeth Burns | trusteeburns@chfirm.com aburns@iq7technology.com;ecf.alert+Burns@titlexi.com |
| Donna K. Webb | on behalf of Creditor United States Of America -Internal Revenue Service donna.webb@usdoj.gov brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov |
| Elizabeth Weller | on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com dora.casiano-perez@lgbs.com;Melissa.palo@lgbs.com |
| Eric A. Liepins | on behalf of Debtor Eveready Services Inc. eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5