BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Eveready Services, Inc. § Case No.: 20−30225−hdh7
§ Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 12/11/20              FOR THE COURT:
                             Robert P. Colwell, Clerk of Court

                             by: /s/Shilo Ramirez, Deputy Clerk